# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

**V.**

**APPLICATION FOR POST–JUDGMENT REMEDIES**
**CIVIL ACTION**

    **WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the _____ hereby requests the following:

    Certification of Judgment for Registration in Another District
        *Attached:*     *Certification of Judgment will be prepared by the Clerk's Office.*
                      *Fee ($11.00 per document certified/.50 per page copied)*

    Abstract of Judgment
        *Attached:*     *Form PJR-002 (Abstract of Judgment)*

    Writ of Execution
        *Attached:*     *Form PJR-003 (Writ of Execution)*
                    *USM 285 Service of Process Form*

    Abstract of Execution
        *Attached:*     *Form PJR-004 (Abstract of Execution)*
                    *Copy of previously issued Writ of Execution*

    Suggestion w/Summons on Suggestion
        *Attached:*     *Form PJR-005 (Suggestion w/summons)*
                    *Form PJR-006 (Notice of Possibility of Exemptions)*

    Suggestee Execution
        *Attached:*     *Form PJR-007 (Affidavit for Suggestee Execution))*
                    *Form PJR-008 (Suggestee Execution)*

    Temporary Release re: Suggestee Execution - Exemption
        *Attached:*     *Form PJR-010 (Temporary Release re:Suggestee Execution - Exemption)*

    Complete Release re: Suggestee Execution
        *Attached:*     *Form PJR-011 (Complete Release re: Suggestee Execution)*

Writ of Possession
    *Attached:*      *Form PJR-012 (Writ of Possession)*
                     *USM 285 Service of Process Form*
                     *Copy of unexpired Writ of Execution*

Writ of Assistance
    *Attached:*      *Form PJR-013 (Writ of Assistance)*
                     *USM 285 Service of Process Form*

Bill of Costs:
    *Attached:*      *Form PJR-014 (Bill of Costs)*
                     *Supporting Documentation*

**Date:**_____            _____

                                                                                                  *Attorney*

