# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

**V.**

**WRIT OF EXECUTION**

**CIVIL ACTION**

**IN THE NAME OF THE UNITED STATES OF AMERICA:**

**TO THE UNITED STATES MARSHAL
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:**

Pursuant to judgment taken in this action on _____ we command you that of the goods and chattels of _____ in your bailiwick, you cause to be made the sum of $ _____ with interest thereon at the rate of _____ % per annum from _____ until paid, which the above named _____ recovered against the named _____ and make your return thereof on _____

**TERESA L. DEPPNER, CLERK OF COURT**                         **DATE:** _____

**BY:** _____
          **DEPUTY CLERK**

# RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**DATE RECEIVED:** _____     **DATE EXECUTED:** _____

**This writ was received and executed.**

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

**JOHN D. FOSTER**
**UNITED STATES MARSHAL**

**BY:** _____
             **DEPUTY MARSHAL**