USDC/PJR-002
(04/05)

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

      V
.

**ABSTRACT OF JUDGMENT**

**CIVIL ACTION**

      Judgment was rendered by the United States District Court for the Southern District of West Virginia at     on      , in the above-entitled action, in favor of

and against

for:

| | |
|---|---|
| $ | Principal, |
| $ | Attorney Fees, |
| $ | Interest, and |
| $ | Costs, for a total amount of |
| $ | JUDGMENT AS ENTERED |

with legal interest thereon at     % per annum from the date of judgment, until paid.

**TERESA L. DEPPNER, CLERK OF COURT**       **DATE:**

**BY:** _____
        **DEPUTY CLERK**