# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

James River Equipment, Virginia, LLC

V.

Justice Energy Company, Inc.

**WRIT OF EXECUTION**

**CIVIL ACTION 5:13-28160**

### IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on ___January 21, 2014___ we command you that of the goods and chattels of ___JUSTICE ENERGY COMPANY, INC.___ in your bailiwick, you cause to be made the sum of $ ___156,112.16___ with interest thereon at the rate of ___0.11___ % per annum from ___January 21, 2014___ until paid, which the above named ___JAMES RIVER EQUIPMENT, VIRGINIA, LLC___ recovered against the named ___JUSTICE ENERGY COMPANY, INC.___ and make your return thereof on ___June 1, 2014___

**TERESA L. DEPPNER, CLERK OF COURT**          DATE: ___April 30, 2014___

BY: ___/s/___
       **DEPUTY CLERK**

# RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**DATE RECEIVED:** _____    **DATE EXECUTED:** _____

This writ was received and executed.

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

JOHN D. FOSTER
UNITED STATES MARSHAL

BY: _____
        DEPUTY MARSHAL