**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | 5:13-28160 |
| Return Receipt Fee (Endorsement Required) | [19] Order entered |
| Restricted Delivery Fee (Endorsement Required) | 8/19/2014 |
| Total Postage & Fees | $ |

Sent To: Justice Energy Co., Inc. ℅ Roman Semenov
Street, Apt. No.; or PO Box No. 100 Cranberry Drive
City, State, ZIP+4 Beckley, WV 25801

PS Form 3800, August 2006       See Reverse for Instructions

7006 2760 0004 5860 8089



AUG 21 2014

TER[...]
Souther[...]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Energy Co., Inc.
℅ Mr. Roman Semenov
100 Cranberry Drive
Beckley, WV 25801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Janey Adkins    8/20/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

5:13-28160
Order [19], entered
8/19/2014

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Transfer from service label)*   7006 2760 0004 5860 8089

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540