| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>JAMES RIVER EQUIPMENT, VIRGINIA, LLC, a Virginia Limited Liability Company | COURT CASE NUMBER<br>5:13-cv-28160 |
|---|---|
| DEFENDANT<br>JUSTICE ENERGY COMPANY, INC. a West Virginia Corporation | TYPE OF PROCESS |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Justice Energy Company, Inc.
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  100 Cranberry Drive, Beckley, West Virginia, 25801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jason S. Hammond, Esq.
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

100 Cranberry Drive, Beckley, West Virginia, 25801

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (304) 345-4222
DATE: 4/29/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date<br>5/1/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8/6/14  Time: 10:06 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

USDC/PJR-003 Writ of Execution (Rev. 06/10)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

James River Equipment, Virginia, LLC

v.

Justice Energy Company, Inc.

WRIT OF EXECUTION

CIVIL ACTION 5:13-28160

RECEIVED 2014 MAY -1 AM 11:20 U.S. MARSHAL S/WV CHARLESTON, WV

### IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on _____January 21, 2014_____ we command you that of the goods and chattels of _____JUSTICE ENERGY COMPANY, INC._____ in your bailiwick, you cause to be made the sum of $ __156,112.16__ with interest thereon at the rate of __0.11__ % per annum from _____January 21, 2014_____ until paid, which the above named _____JAMES RIVER EQUIPMENT, VIRGINIA, LLC_____ recovered against the named _____JUSTICE ENERGY COMPANY, INC._____ and make your return thereof on _____June 1, 2014_____

TERESA L. DEPPNER, CLERK OF COURT          DATE: __April 30, 2014__

BY: _____[signature]_____
DEPUTY CLERK

USDC/PJR-003 Writ of Execution (Rev. 06/10)

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

DATE RECEIVED: _____    DATE EXECUTED: _____

This writ was received and executed.

COMMENTS:

_____

_____

_____

_____

_____

_____

_____

JOHN D. FOSTER
UNITED STATES MARSHAL

BY: _____
        DEPUTY MARSHAL