Session:2014SEPTEMBER16
Division:DEF
Court Type:
Courtroom:BECKLYCR
Date:2014/09/16
Judge:Vandervort, R. Clarke

Case ID:0004
    Case number:5:13-cv-28160
    Judge: Vandervort, R. Clarke
    Courtroom Deputy: Keene, Melissa
    Plaintiff Attorney: Hammond, Jason S
    Defendant: James River, v Justice Energy

## 2014/09/16

10:42:55    **System : Start Recording**
               Record: Case Code:0004, New Case

10:42:55    **System : New Case**
               Case: 5:13-cv-28160, James River, v Justice Energy

10:42:58    **Annotation**
               STATUS HEARING

10:43:12    **Judge: Vandervort, R. Clarke**
               case called

10:43:25    **Annotation**
               Present: Mary Beth Niday, Law Clerk, present

10:44:16    **Judge: Vandervort, R. Clarke**
               No representative of Justice Energy present

10:44:49    **Plaintiff Attorney: Hammond, Jason S**
               Remarks

10:47:36    **Judge: Vandervort, R. Clarke**

            Discussion

10:47:43    **Plaintiff Attorney: Hammond, Jason S**
                  Advised of plan

10:48:24    **Judge: Vandervort, R. Clarke**
                  Addressed role as Commissioner
10:55:54    Further discussion
10:56:03    Court will schedule another hearing soon

10:56:39    **Annotation**
                  hearing adjourned

10:56:42    **System : Stop Recording**
                  Stop: Case Code:0004