# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

| | |
|---|---|
| JAMES RIVER EQUIPMENT, VIRGINIA, LLC, ) ) ) **Plaintiff,** ) ) v. ) ) JUSTICE ENERGY COMPANY, INC., ) ) **Defendant.** ) | Civil Action No. 5:13-28160 |

### ORDER

It is hereby **ORDERED** that a hearing shall be held on **Tuesday, March 31, 2015, at 10:30 a.m.**, in the courtroom of the undersigned at the Robert C. Byrd U.S. Courthouse, 110 North Heber Street, Beckley, West Virginia. The purpose of the hearing is to discuss the current status of this matter and to consider what procedure(s) likely will result in Defendant's payment of the judgment. Attendance at the conference is mandatory for all parties and/or counsel of record.

The Clerk is directed to send a copy of this Order to Defendant's agent for purposes of service of process as designated in the Office of the West Virginia Secretary of State as follows:

> Justice Energy Company, Inc.
> c/o Mr. Roman Semenov
> 100 Cranberry Drive
> Beckley, WV 25801

and transmit a copy to counsel of record.

ENTER: March 12, 2015.

R. Clarke VanDervort
United States Magistrate Judge