Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**FILED**
MAR 2 6 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Natalie E. Tennant**
Secretary Of State
State Of West Virginia
Phone: 304-558-6000
866-767-8683
Visit us online:
www.wvsos.com

Teresa L. Deppner
110 N Heber Street
Suite 119
Beckley, WV 25801

| | |
|---|---|
| **Control Number:** 54281 | **Agent:** Roman Semenov |
| **Defendant:** JUSTICE ENERGY COMPANY, INC. 100 CRANBERRY CREEK DR BECKLEY, WV 25801-4136 US | **County:** Federal |
| | **Civil Action:** 5:13-CV-28160 |
| | **Certified Number:** 92148901125134100000588839 |
| | **Service Date:** 3/19/2015 |

I am enclosing:

**1 subpoena**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Natalie E. Tennant*

Natalie E. Tennant
Secretary of State

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| JAMES RIVER EQUIPMENT, VIRGINIA, LLC, a Virg )<br>*Plaintiff* )<br>v. )<br>JUSTICE ENERGY COMPANY, INC. a West Virgini )<br>*Defendant* ) | Civil Action No. 5:13-cv-28160 |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Justice Energy Company, Inc. c/o Roman Semenov
100 Cranberry Creek Drive, Beckley, WV 25801

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Robert C. Byrd U.S. Courthouse<br>110 North Heber Street<br>Beckley, WV 25801 | Courtroom No.: Magistrate VanDavorts's Court Rm |
|---|---|
| | Date and Time: 03/31/2015 10:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
A copy of any agreements or contracts whereby the lIiabilities of Justice Energy Company, Inc., or its shareholders, parent companies, principals or owners, were assumed.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | /s/ Jason S. Hammond |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* JAMES RIVER EQUIPMENT, VIRGINIA, LLC, , who issues or requests this subpoena, are:

Jason S. Hammond, Bailey & Wyant, P.L.L.C., 500 Virginia Street East, Suite 600, P.O. Box 3710, Charleston, WV 25337-3710

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).