Session:2015MARCH31
Division:DEF
Court Type:
Courtroom:BECKLYCR
Date:2015/03/31
Judge:Vandervort, R. Clarke

Case ID:0001

    Case number:5:13-cv-28160
    Judge: Vandervort, R. Clarke
    Courtroom Deputy: Keene, Melissa
    Plaintiff Attorney: Hammond, Jason S.
    Defendant: Justice Energy, Company, Inc

**2015/03/31**

| Time | Event | Details |
|---|---|---|
| 10:40:32 | **System : Start Recording** | Record: Case Code:0001, New Case |
| 10:40:33 | **System : New Case** | Case: 5:13-cv-28160, Justice Energy , Company, Inc |
| 10:40:38 | **Annotation** | James River Equipment, Virginia, LLC v. Justice Energy Company, Inc. |
| 10:40:56 | **Judge: Vandervort, R. Clarke** | Status Hearing |
| 10:41:03 | | Noted appearance of Jason S. Hammond on behalf of Plaintiff |
| 10:41:26 | **Annotation** | Law Clerk Present: Mary Beth Niday |
| 10:41:43 | | No representative on behalf of defendant present |
| 10:42:16 | **Plaintiff Attorney: Hammond, Jason S.** | Remarks concerning nonappearance |
| 10:44:48 | **Judge: Vandervort, R. Clarke** | Directed counsel to make phone call to defendant |

10:46:09   **Annotation**
           RECESS

10:46:15   **System : Stop Recording**
           Stop: Case Code:0001

Session:2015MARCH31
Division:DEF
Court Type:
Courtroom:BECKLYCR
Date:2015/03/31
Judge:Vandervort, R. Clarke

Case ID:0002

    Case number:5:13-cv-28160
    Judge: Vandervort, R. Clarke
    Courtroom Deputy: Keene, Melissa
    Plaintiff Attorney: Hammond, Jason S.
    Defendant: Justice Energy, Company, Inc

## 2015/03/31

| Time | Event | |
|---|---|---|
| 11:00:53 | **System : Start Recording** | |
| | Record: Case Code:0002, New Case | |
| 11:00:53 | **System : New Case** | |
| | Case: 5:13-cv-28160, Justice Energy , Company, Inc | |
| 11:01:00 | **Annotation** | |
| | RECONVENED | |
| 11:01:06 | **Plaintiff Attorney: Hammond, Jason S.** | |
| | Advised court that he called Justice Energy; received voicemail, and left mes | |
| 11:01:06 | sage | |
| 11:02:18 | **Judge: Vandervort, R. Clarke** | |
| | Directed counsel to contact company concerning recent proposed offer | |
| 11:03:10 | Discussion | |
| 11:04:04 | Views failure to appear as contemptuous | |
| 11:04:29 | **Annotation** | |
| | hearing adjourned | |
| 11:04:35 | **System : Stop Recording** | |