

500 Virginia Street East, Suite 600 • P.O. Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222 • F: (304) 343-3133
www.baileywyant.com

Jason S. Hammond, Esq.
Email: jhammond@baileywyant.com
Direct Dial: (304) 720-0724

Tuesday, March 31, 2015

**Via Facsimile and U. S. Mail**
Roman Semenov
Justice Energy Company
100 Cranberry Creek Drive
Beckley, WV 25801

    Re:    James River Equipment v. Justice Energy Company
            In the United States Court for the Southern District of West Virginia
            Civil Action No.: 5:13-cv-28160
            Our File No.: 1575-4

Dear Mr. Semenov:

    This correspondence follows the voicemail message that I left at your office at approximately 10:49 a.m. on Tuesday, March 31, 2015. As you are aware, Magistrate R. Clarke VanDervort scheduled a Status Conference regarding this unpaid judgment, for today at 10:30 a.m. Within the Order, it has noted that attendance at the conference was mandatory for all parties and/or counsel of record. Additionally, following receipt of the Order, I issued a Subpoena to Justice Energy in order to provide a copy of any agreement whereby the debts of Justice Energy Company Inc. or its shareholders, parent companies, principals or owners were assumed. Despite the subpoena being served and the Order, representatives of Justice Energy Company failed and/or refused to attend the hearing.

    Magistrate VanDervort directed me to call you during the hearing, and I left you a message regarding this matter. Additionally, Magistrate VanDervort requested that I inform you that your conduct was contemptuous and he believes that the level of contempt will continue to increase with each passing day. He has asked that you or your representatives contact his office either via telephone or in person in order to inform him the reason for your failure to appear at the hearing and continued failure to pay this account. Time is of the essence regarding this matter and I believe that an additional Status Conference will be scheduled in the very in future, along with further sanctions.

    If an additional hearing is required, I will be requesting that Magistrate VanDervort have the U.S. Marshalls obtain a representative of Justice Energy Company to appear in person. Frankly, there is no reason that this additional step should be taken and this bill should be paid.

    Thank you for your attention to this matter. If you should have any questions, or require any further information, please feel free to contact me.





Very truly yours,

Jason S. Hammond

JSH/hrb