# Hammond, Jason

**From:** Roman Semenov <rsemenov@bluestoneindustries.com>
**Sent:** Friday, April 10, 2015 1:47 PM
**To:** Hammond, Jason
**Subject:** James River Equipment v. Justice Energy Company

Mr. Hammond,

Please be advised that I am in receipt of your March 31, 2015 letter.
I work from Washington, D.C. and don't come to Beckley's office very often. My apologies for not attending the hearing and not responding your call.
I can be reached anytime @ 3045783078
Would you email me the default judgment?
Appreciate your assistance.

Best regards,

Roman V. Semenov
General Counsel
Bluestone Industries Inc.
tel. 13045783078



NOTICE: The foregoing communication is not intended as an offer to or acceptance of an offer to enter into a contract or amend a pre-existing contract. All such contracts and amendments to pre-existing contracts must be approved in writing by senior management for the company and reduced to a written document executed by both parties.



EXHIBIT B

1