| | |
|---|---|
| **From:** | Hammond, Jason |
| **Sent:** | Friday, April 10, 2015 1:54 PM |
| **To:** | 'Roman Semenov' |
| **Subject:** | RE: James River Equipment v. Justice Energy Company |
| **Attachments:** | entered Order (via U.S. Mail)-91058.PDF; (Doc 15) filed Abstract of Judgment-95048.pdf |

**SentFromSession:**     JSH-8470P.jhammond.4/6/2015 4:29:32 PM

Thank you for the response. Per your request, I have attached a copy of the Order granting Default Judgment, and the Abstract of Judgment. Please let me know if you need anything else.

Jason

**Jason S. Hammond, Esquire**
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222 | F: 304.343.3133

**From:** Roman Semenov [mailto:rsemenov@bluestoneindustries.com]
**Sent:** Friday, April 10, 2015 1:47 PM
**To:** Hammond, Jason
**Subject:** James River Equipment v. Justice Energy Company

Mr. Hammond,

Please be advised that I am in receipt of your March 31, 2015 letter.
I work from Washington, D.C. and don't come to Beckley's office very often. My apologies for not attending the hearing and not responding your call.
I can be reached anytime @ 3045783078
Would you email me the default judgment?
Appreciate your assistance.

Best regards,

Roman V. Semenov
General Counsel
Bluestone Industries Inc.
tel. 13045783078



NOTICE: The foregoing communication is not intended as an offer to or acceptance of an offer to enter into a contract or amend a pre-existing contract. All such contracts and amendments to pre-existing contracts must be approved in writing by senior management for the company and reduced to a written document executed by both parties.



1