Session:2015MAY5
Division:DEF
Court Type:
Courtroom:BECKLYCR
Date:2015/05/05
Judge:Vandervort, R. Clarke

Case ID:0008
    Case number:5:13-cv-28160
    Judge: Vandervort, R. Clarke
    Courtroom Deputy: Niday, Mary Beth
    Plaintiff Attorney: Hammond, Jason S
    Defendant: James River Equip, v. Justice Energy

## 2015/05/05

| Time | Event |
|---|---|
| 13:32:23 | **System : Start Recording** <br> Record: Case Code:0008, New Case |
| 13:32:23 | **System : New Case** <br> Case: 5:13-cv-28160, James River Equip, v. Justice Energy |
| 13:34:59 <br> 13:34:59 | **Judge: Vandervort, R. Clarke** <br> called case, noted appearance of Jason Hammond on behalf of Plaintiff and notes no attendance for Justice Energy Company |
| 13:35:47 <br> 13:36:37 <br> 13:36:37 <br> 13:36:37 <br> 13:36:37 | **Plaintiff Attorney: Hammond, Jason S** <br> Discusses the issue of contempt, civil and criminal <br> Notes that Mr. Potter is a new addition to the WVSOS page, who he believes is the current President of the company. Mr. Semenov remains general counsel and the agent for service of process. Notes Stephen Ball's and David Harrah's names as well. |
| 13:37:49 | **Judge: Vandervort, R. Clarke** <br> Notes that the officers may have changed |
| 13:38:05 | **Plaintiff Attorney: Hammond, Jason S** <br> Agrees with the Court and notes that Mr. Semenov indicated on his email that |

| | |
|---|---|
| 13:38:05 | he remained general counsel. |
| 13:38:51 | **Judge: Vandervort, R. Clarke** |
| | Agrees that the Defendant's conduct is contemnible and believes that Mr. Hamm |
| 13:38:51 | ond's attorney fees need to be paid. |
| 13:39:38 | Finds that the conduct is contempt of the Court proceedings. However, the Cou |
| 13:39:38 | rt wants to accomplish meaningfully the collection of the judgment debt. |
| 13:40:26 | Indicates that the next round of service may need to be served by the USMS. I |
| 13:40:26 | f able, will have the USMS serve the Subpoenas to all officers, including Mr. |
| 13:40:26 | Potter and Mr. Ball. |
| 13:42:37 | Directs Mr. Hammond to provide addresses for the individual officers and the |
| 13:42:37 | Court will see to personal service. |
| 13:46:18 | Mr. Hammond will submit an attorney fee petition to the Court |
| 13:46:41 | Court will prepare a Memorandum Opinion _Order regarding the Motion for Cont |
| 13:46:41 | empt |
| 13:47:50 | **System : Stop Recording** |
| | Stop: Case Code:0008 |