# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

| | |
|---|---|
| **JAMES RIVER EQUIPMENT,** ) | |
| **VIRGINIA, LLC,** ) | |
| a Virginia Limited Liability Company, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:13-28160 |
| ) | |
| v. ) | |
| ) | |
| **JUSTICE ENERGY COMPANY, INC.,** ) | |
| a West Virginia Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff and now Judgment Creditor James River Equipment, Virginia, LLC [James River], filed a Motion to Compel and Motion for Contempt on April 15, 2015. (Document No. 33.) The Court held a hearing upon James River's Motion on Tuesday, May 5, 2015. Defendant and now Judgment Debtor Justice Energy Company, Inc [Justice Energy] did not attend the hearing though it was duly notified, ordered and subpoenaed to do so. Justice Energy had not attended other proceedings though subpoenaed. Having considered these circumstances and applicable law, the undersigned finds that James River's Motion to Compel and Motion for Contempt should be granted. The undersigned this day will issue (1) an Order to Show Cause requiring Justice Energy and its agent for purposes of service of process, Mr. Roman Semenov, to appear before a United States District Judge to show cause why they should not be ruled in contempt of Court and (2) Proposed Findings and Recommendation containing a certification of facts and recommending that the District Court hold Justice Energy and Mr. Semenov in contempt of Court. It is therefore hereby **ORDERED** that James River's Motion to Compel and Motion for Contempt (Document No. 33.)

is **GRANTED**. James River shall submit **on or before May 18, 2015**, an itemized statement of the costs and expenses which it has incurred for the preparation for and attendance of its attorney, Mr. Hammond, at hearings before the undersigned on September 16, 2014 and March 31 and May 5, 2015, which Justice Energy and Mr. Semenov did not attend though required to do so.

    The Clerk is directed to transmit a copy of this Order to counsel of record.

    ENTER: May 11, 2015.

                                      R. Clarke VanDervort
                                      United States Magistrate Judge