

**FILED**

MAY 15 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jamey Adkins_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) J2 Adkins  C. Date of Delivery 5-13-15 |
| 1. Article Addressed to:<br><br>Mr. Roman Semenov<br>100 Cranberry Drive<br>Beckley, WV 25801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>5:13-28160 Order to Show Cause (41) & PF&R (42) entered 5/11/15<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 1570 0002 0293 5502 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7011 1570 0002 0293 5502

| | |
|---|---|
| Postage | 5:13-28160 Order to Show Cause (41) |
| Certified Fee | & PF&R (42) |
| Return Receipt Fee (Endorsement Required) | filed 5/11/15   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To   Mr. Roman Semenov
Street, Apt. No.; or PO Box No.   100 Cranberry Drive
City, State, ZIP+4   Beckley, WV 25801

PS Form 3800, August 2006   See Reverse for Instructions