IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

        Plaintiff,

v.                              CIVIL ACTION NO.   5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

        Defendant.

**ORDER**

On the 20th day of May, 2015, the Court held a hearing pursuant to an *Order to Show Cause* (Document 41) entered on May 11, 2015.  The Plaintiff, James River Equipment, Virginia, LLC, appeared by its counsel, Jason S. Hammond.  Neither counsel nor a representative for the Defendant, Justice Energy Company, Inc., appeared.  This is the fourth occasion on which the Defendant and its counsel, Roman Semenov, have failed to appear in response to orders of the Court. (*See* Documents 23, 32 and 39.)  The hearings scheduled before Magistrate Judge VanDervort and this Court follow the entry of an *Order* (Document 11) on January 21, 2014, granting the Plaintiff's *Motion for Default Judgment* (Document 6), and the issuance of an *Abstract of Judgment* (Document 15) and appointment of a commissioner pursuant to West Virginia Code § 38-5-1. (*See* Document 18.)

Counsel for the Plaintiff orally requested that the Court enter an order requiring production of any document reflecting the Defendant's assumption of debts and liability, if any, from a recent transaction with Mechel North America, Mechel Bluestone Inc., and/or Mechel North America

Sales Corporation, all with the local address of 100 Cranberry Creek Drive, Beckley, WV 25801. For reasons appearing to the Court, and as more fully stated on the record, the Court **ORDERS** that the Plaintiff, James River Equipment, Virginia, LLC's oral motion be **GRANTED**, and that the Defendant, Justice Energy Company, Inc., produce to the Plaintiff any and all documents reflecting the Defendant's assumption of debt and liability, if any, from a recent transaction with Mechel North America, Mechel Bluestone Inc., and/or Mechel North America Sales Corporation, all with the local address of 100 Cranberry Creek Drive, Beckley, West Virginia 25801, within **fourteen (14) days** of the entry of this Order.

Further, the Court finds the record in this matter reveals that the Defendant, Justice Energy Company, Inc., is in contempt of Court for failing to appear and violating the Court's orders after being given proper notice of the same. Wherefore, the Court **ORDERS** that the Plaintiff be granted judgment for its fees, costs and expenses as of May 20, 2015, in the amount of Four Thousand Five Hundred Twenty-Seven Dollars and Forty-Five Cents ($4,527.45), with leave granted to the Plaintiff to update the amount of said fees, costs and expenses.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: May 22, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA