**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

       Plaintiff,

v.                                      CIVIL ACTION NO.   5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

       Defendant.

**ORDER**

Upon further consideration of the Court's *Memorandum Opinion and Order* (Document 59) of January 5, 2016, wherein the Court ordered that the Defendant be held in civil contempt and fined the sum of thirty thousand dollars ($30,000.00) per day until the Defendant complied with the terms of this Court's *Order* of May 22, 2015, the Court **ORDERS** that the parties to this action submit written statements advising the Court as to whether the Defendant has fully and faithfully complied with the terms of the May 22, 2015 *Order*.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                  ENTER:      January 25, 2016

                        IRENE C. BERGER
                 UNITED STATES DISTRICT JUDGE
            SOUTHERN DISTRICT OF WEST VIRGINIA