**From:** Hammond, Jason
**Sent:** Wednesday, January 06, 2016 10:09 AM
**To:** 'Roman Semenov'
**Subject:** RE: James River Equipment, Virginia, LLC v. Justice Energy

Mr. Semenov,

I never heard back from you on the Joint Motion to Stay that I emailed to you on October 19 and October 23. Consequently it was not filed. As you will recall, I informed you that the Motion was requested by Magistrate VanDervort.

Yesterday, Judge Berger entered the attached Order. With that being said, my client received Justice Energy's payments that were due on November 1, 2015 and December 1, 2015. However, it has yet to receive the payment that was due on January 1, 2016. Please confirm that it has been issued. If it has been issued, I will file a brief Motion with the Court informing Judge Berger of the settlement and staying the enforcement of that Order, pending the final payments being made and the subsequent dismissal of the action.

<u>Jason S. Hammond, Esquire</u>
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222 | F: 304.343.3133

**From:** Hammond, Jason
**Sent:** Friday, October 23, 2015 10:30 AM
**To:** 'Roman Semenov'
**Subject:** FW: James River Equipment, Virginia, LLC v. Justice Energy

Good morning. I just wanted to check to see if you have been able to review the attached Joint Motion. Also, my client has received the first installment payment. We appreciate the prompt payment. Thanks

<u>Jason S. Hammond, Esquire</u>
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222 | F: 304.343.3133

**From:** Hammond, Jason
**Sent:** Monday, October 19, 2015 3:58 PM
**To:** 'Roman Semenov'
**Subject:** James River Equipment, Virginia, LLC v. Justice Energy

Good afternoon. Attached is the draft of the Joint Motion that I emailed you about on Friday. Please let me know if you have any changes. If not, please sign or have another officer/director of the company sign and return to me for filing. Thanks
JSH



EXHIBIT A