# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

      Plaintiff,

v.                                                  CIVIL ACTION NO. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

      Defendant.

## ORDER

For reasons appearing to the Court, it is hereby **ORDERED** that the Order entered on February 25, 2016 (Document 65), be **VACATED AND SET ASIDE.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

      ENTER:    February 25, 2016

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA