IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JAMES RIVER EQUIPMENT,
VIRGINIA, LLC, a Virginia Limited
Liability Company,

      PLAINTIFF,

v.                                                Civil Action No. 5:13-cv-28160
                                                     Honorable Irene Berger

JUSTICE ENERGY COMPANY, INC. a
West Virginia Corporation,

      DEFENDANT.

## JOINT NOTICE OF PAYMENT

      **NOW COMES** Plaintiff James River Equipment, Virginia, LLC, through counsel, Jason S. Hammond and the law firm of Bailey & Wyant, PLLC and Defendant Justice Energy Company, Inc., through counsel, John Hussell, Andrew Ellis, John D. Wooton, Jr., and the law firm of Wooton, Davis, Hussell & Ellis, PLLC, and G. Nicholas Casey, Jr., Richard L. Gottlieb, Ramonda C. Lyons and the law firm of Lewis, Glasser, Casey & Rollins, PLLC and pursuant to this Honorable Court's Order of February 25, 2016, informs the Court that on February 26, 2016, Defendant Justice Energy Company Inc., hand delivered two (2) checks to the office of James River Equipment, Virginia LLC, which satisfied the Defendant's payment obligations to the Plaintiff, that were due on March 1, 2016 and April 1, 2016.

Respectfully submitted,

**James River Equipment, Virginia, LLC**
**By Counsel,**


**/s/ Jason S. Hammond**
**Jason S. Hammond (WV Bar # 8042)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**jhammond@baileywyant.com**
*Counsel for the Plaintiff*


**Justice Energy Company, Inc.**
**By Counsel,**


**/s/ Andrew Ellis**
**Andrew Ellis (WV Bar # 10618)**
**John Hussell (WV Bar # 6610)**
**John D. Wooton, Jr. (WV Bar # 10571)**
**Wooton, Davis, Hussell & Ellis, PLLC**
**105 Capitol Street, Suite 200**
**P.O. Box 3971**
**Charleston, WV 25339**
*Counsel for Defendant*



**/s/ Ramonda C. Lyons**
**G. Nicholas Casey, Jr. (WV Bar # 666)**
**Richard L. Gottlieb (WV Bar # 1447)**
**Ramonda C. Lyons (WV Bar # 6927)**
**Lewis, Glasser, Casey & Rollins, PLLC**
**300 Summers Street, Ste. 700**
**Charleston, WV 25301**
*Counsel for Defendant*