IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JAMES RIVER EQUIPMENT, VIRGINIA, LLC,**

    **Plaintiff,**

v.                                                Case No. 5:13-cv-28160

**JUSTICE ENERGY COMPANY, INC.,**

    **Defendants.**

## AFFIDAVIT OF JAMES C. JUSTICE, II

STATE OF WEST VIRGINIA    )
                                      ) SS.
COUNTY OF _Greenbrier_    )

James C. Justice, II, being duly sworn, deposes and states:

1. I am President of Justice Energy Company, Inc. and have served in this capacity since February 2015.

2. I am also a Director of Justice Energy Company, Inc. and have served in this capacity since June 15, 2015.

3. Roman Semenov did *not* verbally advise me of the contents of the May 22nd Order issued by this Court in the matter of *James River Equipment, Virginia, LLC v. Justice Energy Company, Inc.,* Case No. 5:13-cv-28160 (the "May 22nd Order").

4. Roman Semenov did *not* forward a copy of the May 22nd Order to my attention.

5. Roman Semenov did *not* otherwise provide me with a copy of the May 22nd Order.



6. I was *not* aware of the May 22nd Order until *after* February 15, 2016.

7. Roman Semenov did *not* verbally advise me of the contents of the January 5th Order issued by the Court in *James River Equipment, Virginia, LLC v. Justice Energy Company, Inc.*, Case No. 5:13-cv-28160 (the "January 5th Order").

8. Roman Semenov did *not* forward a copy of the January 5th Order to my attention.

9. Roman Semenov did *not* otherwise provide me with a copy of the January 5th Order.

10. I was *not* aware of the January 5th Order until *after* February 15, 2016.

11. Roman Semenov did *not* ask me to execute a joint motion on behalf of Justice Energy permitting James River Equipment, Virginia, LLC ("Plaintiff") to withdraw its *Second Motion for Contempt and Motion for Sanction of Imprisonment of Officers and Directors until Justice Energy Complies with Court Order*, approving the parties' settlement agreement and staying the action after he received the motion from Plaintiff's counsel on October 19, 2015.

Further, the Affiant sayeth naught.

_____
James C. Justice, II

STATE OF WEST VIRGINIA,

COUNTY OF Greenbrier, To-wit:

Subscribed and sworn to before me this 17th day of March, 2016.

_____
Notary Public

My commission expires: 3/19/17 .

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
PAMELA L. RHODES
113 BOLTEN DR.
BECKLEY, WV 25801
My commission expires March 19, 2017

2