IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

    **Plaintiff,**

v.                                                 Case No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    **Defendants.**

## AFFIDAVIT OF JAMES C. JUSTICE, III

STATE OF _____     )
                                 ) SS.
COUNTY OF _____   )

James C. Justice, III, being duly sworn, deposes and states:

1.     I am Vice-President of Justice Energy Company, Inc. and have served in this capacity since February 2015.

2.     I am also a Director of Justice Energy Company, Inc. and have served in this capacity since June 15, 2015.

3.     Roman Semenov did *not* verbally advise me of the contents of the May 22nd Order issued by this Court in the matter of *James River Equipment, Virginia, LLC v. Justice Energy Company, Inc.*, Case No. 5:13-cv-28160 (the "May 22nd Order").

4.     Roman Semenov did *not* forward a copy of the May 22nd Order to my attention.

5.     Roman Semenov did *not* otherwise provide me with a copy of the May 22nd Order.



EXHIBIT 2

6. I was *not* aware of the May 22nd Order until *after* February 15, 2016.

7. Roman Semenov did *not* verbally advise me of the contents of the January 5th Order issued by the Court in *James River Equipment, Virginia, LLC v. Justice Energy Company, Inc.*, Case No. 5:13-cv-28160 (the "January 5th Order").

8. Roman Semenov did *not* forward a copy of the January 5th Order to my attention.

9. Roman Semenov did *not* otherwise provide me with a copy of the January 5th Order.

10. I was *not* aware of the January 5th Order until *after* February 15, 2016.

11. Roman Semenov did *not* ask me to execute a joint motion on behalf of Justice Energy permitting James River Equipment, Virginia, LLC ("Plaintiff") to withdraw its Second Motion for Contempt and Motion for Sanction of Imprisonment of Officers and Directors until Justice Energy Complies with Court Order, approving the parties' settlement agreement and staying the action after he received the motion from Plaintiff's counsel on October 19, 2015.

Further, the Affiant sayeth naught.

_____
James C. Justice, III

STATE OF ~~WEST~~ VIRGINIA,

COUNTY OF Roanoke, To-wit:

Subscribed and worn to before me this 22nd day of March, 2016.

_____
Notary Public
Leslie Ann Wells

My commission expires: 5-31-2017



2