Natalie E. Tennant
Secretary of State
1900 Kanawha Blvd E
Bldg 1, Suite 157-K
Charleston, WV 25305

Penney Barker, Manager
Corporations Division
Tel: (304)558-8000
Fax: (304)558-8381
Website: www.wvsos.com
E-mail: business@wvsos.com

FILED

MAR 02 2016

IN THE OFFICE OF
SECRETARY OF STATE



FILE ONE ORIGINAL
(Two if you want a filed stamped
copy returned to you)
FEE: $15.00

# APPLICATION TO APPOINT OR CHANGE PROCESS, OFFICERS, AND/OR ADDRESSES

Office Hours: Monday – Friday
8:30 a.m. – 5:00 p.m. ET

1. The company filing this change is registered as a (check one):
   - [✓] Corporation
   - [ ] Limited Liability Company
   - [ ] Limited Liability Partnership
   - [ ] Insurance Company/Agency
   - [ ] Limited Partnership
   - [ ] Voluntary Association
   - [ ] Business Trust

2. The **change is filed for:**
   (Note: Enter information as previously filed. No change can be accepted without this information.)

   Company Name: Justice Energy Company, Inc.

   Principal Office Address as Registered: 100 Cranberry Creek Drive
   Beckley, WV 25801

   Home State: WV     WV Formation Date: 12/10/2003

3. **Change of Address:**
   (Note: Use appropriate lines for the type of address to be changed):

   | Address Type | New Address |
   |---|---|
   | a. Principal Office | |
   | b. Principal Mailing | |
   | c. Designated Office | |

4. **Change of Agent for Service of Process** (per §31D-5-502 of the West Virginia Code):

   a. **Current Agent Name**: Roman Semenov

   b. **New Agent Name and Address**: CT Corporation System
   5400 D Big Tyler Road
   Charleston, WV 25313

   The agent named here has given consent to appointment as agent to accept service of process on behalf of this company.

   **New Agent Signature:** X CT Corporation System
   By [signature] Tammy Tofteroc
   Vice President

Form AAO

Office of the Secretary of State

EXHIBIT 4

5. Complete the **Change of Officers or Other Persons in Authority**:

   **Officer Type** (check one for each new officer) | **New Officer Name** | **New Officer Address**

   a. ☐ President (Corp., Vol. Assn.)
      ☐ Member/Manager (LLC)
      ☐ General Partner (LP, LLP)
      ☐ Trustee (Bus. Trust)
      ☐ Other _____
      **Remove** (previous officer name, if any)

   b. ☐ Vice President (Corp., Vol. Assn.)
      ☐ Member/Manager (LLC)
      ☐ General Partners (LP, LLP)
      ☐ Trustee (Bus. Trust)
      ☐ Other _____
      **Remove** (previous officer name, if any)

   c. ☐ Secretary (Corp., Vol. Assn.)
      ☐ Member/Manager (LLC)
      ☐ Limited Partner (LP)
      ☐ General Partner (LLP)
      ☐ Trustee (Bus. Trust)
      ☐ Other _____
      **Remove** (previous officer name, if any)

   d. ☐ Treasurer (Corp., Vol. Assn.)
      ☐ Member/Manager (LLC)
      ☐ Limited Partner (LP)
      ☐ General Partner (LLP)
      ☐ Trustee (Bus. Trust)
      ☐ Other _____
      **Remove** (previous officer name, if any)

   e. ☐ Director (Corp., Vol. Assn.)
      ☐ Member/Manager (LLC)
      ☐ Limited Partner (LP)
      ☐ General Partner
      ☐ Trustee (Bus. Trust)
      ☐ Other _____
      **Remove** (previous officer name, if any)

6. Update/change **E-mail Address** (*ex: name@domain.com*): _____

7. **Name and phone number of contact person.** (*This information is optional, however, if there is a problem with the filing, listing a contact person may avoid having to return or reject the document.*)

   Contact Name: Tammy Tofteroo
   Phone Number: (617) 366-7106

8. **Signature Information** (See below *Important Legal Notice Regarding Signature*):

   Print Name of Signer: James C. Justice III
   Title/Capacity: Executive VP
   Signature: X [signature]
   Date: 3/2/2016

*Important Legal Notice Regarding Signature:*
Corporations/Voluntary Associations/Business Trusts/Unincorporated Nonprofit Associations/Limited Partnerships - Per West Virginia Code §31D-1-129. Penalty for signing false document. Any person who signs a document he or she knows is false in any material respect and knows that the document is to be delivered to the Secretary of State for filing is guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than one thousand dollars or confined in the county or regional jail not more than one year, or both. Limited Liability Companies/Limited Liability Partnerships - Per West Virginia Code §31B-2-209. Liability for false statement in filed record. If a record authorized or required to be filed under this chapter contains a false statement, one who suffers loss by reliance on the statement may recover damages for the loss from a person who signed the record or caused another to sign it on the person's behalf and knew the statement to be false at the time the record was signed.

**Important Note:** This form is a public document. Please do **NOT** provide any personal identifiable information on this form such as social security number, bank account numbers, credit card numbers, tax identification or driver's license numbers.