**From:** Roman Semenov [mailto:rsemenov@bluestoneindustries.com]
**Sent:** Wednesday, October 14, 2015 3:12 PM
**To:** Hammond, Jason
**Subject:** RE: James River Equipment v. Justice Energy Company (File #: 1575-4) - Claim No:

Mr. Hammond,

My client would like to propose a payment plan on the outstanding debt: 6 equal installments + 6 % interest on the outstanding amount
Is that something that your client will be interested in?


**From:** Hammond, Jason [mailto:jhammond@baileywyant.com]
**Sent:** Thursday, October 15, 2015 8:38 AM
**To:** Roman Semenov
**Subject:** RE: James River Equipment v. Justice Energy Company (File #: 1575-4) - Claim No:


Mr. Semenov,

Thank you for reaching out to me on October 14, 2015 to attempt to resolve this account with James River Equipment. My client is certainly willing to consider a payment plan of six months in duration in order to resolve this account. Just so you know, the outstanding account is in the amount of $190,328.16. This amount consists of the Judgment in the amount of $156,112.16, plus interest at the statutory rate of 11% per annum for a total interest of 29,688.55 from 1/21/14 through 10/14/15, and the attorney fee sanction that was received in the amount of $4,527.45. In an effort to resolve this matter promptly, James River is willing to provide a reduction to the total amount.

My client is willing to accept 6 monthly payments in the amount of $30,000.00, in order to resolve this Civil Action Pending in the U.S. District Court for the Southern District of West Virginia. The first payment will be due on November 1, 2015, with each following monthly payment due on the 1st of each month thereafter, until paid in full. In exchange, my client will withdraw its previously filed Second Motion for Contempt against Justice Energy and each of its officers, and once the account is paid in full will release the Judgments that it obtained in this action.

Please advise if this is acceptable and feel free to call or email me. Thanks

Jason

**Jason S. Hammond, Esquire**
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222 | F: 304.343.3133

Blumberg No. 5119 — EXHIBIT 5

**From:** Roman Semenov [mailto:rsemenov@bluestoneindustries.com]
**Sent:** Thursday, October 15, 2015 5:17 PM
**To:** Hammond, Jason
**Subject:** RE: James River Equipment v. Justice Energy Company (File #: 1575-4) - Claim No:

Mr. Hammond,

Thank you for your email. I want to confirm that the arrangement that you outlinedon your email below is accepted by Justice Energy.
Mr. Jay Justice asked to let your client know that he appreciates that James River Equipment is working with us to resolve previous owner's (Mechel OAO, not Justice) debt. First payment will be made next week.

Can you please provide details for the payment? Should it go to your office? To James River directly?

Regards,

Roman


| | |
|---|---|
| **From:** | Hammond, Jason <jhammond@baileywyant.com> |
| **Sent:** | Friday, October 16, 2015 10:11 AM |
| **To:** | Roman Semenov |
| **Subject:** | RE: James River Equipment v. Justice Energy Company (File #: 1575-4) - Claim No: |

Thanks. My client wants the checks sent directly to its office in Salem, Virginia. The address is:

James River Equipment Virginia, LLC
3902 W. Main Street
Salem, Virginia 24153

I have verbally informed our commissioner in aide of execution, Magistrate VanDervort of the settlement. He has requested that we file a Joint Motion that withdraws the Second Motion for Contempt, approves of the settlement and stays the action, pending the 6 payments being made. I will go dictate the Motion and will send you a copy as soon as it is typed up, likely on Monday.

Thanks for your assistance in resolving this.

<u>Jason S. Hammond, Esquire</u>
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
P.O. Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222 | F: 304.343.3133