IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JAMES RIVER EQUIPMENT,
VIRGINIA, LLC,**

    **Plaintiff,**

v.                                                                          **CIVIL ACTION NO. 5:13-28160**

**JUSTICE ENERGY COMPANY, INC.**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND RESERVATION OF APPELLATE RIGHTS AS TO SANCTION ISSUED BY COURT AGAINST JUSTICE ENERGY COMPANY, INC.

Pursuant to the parties' agreement and FED. R. CIV. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismissal of the above civil action with prejudice. Each party shall bear its own attorney fees, costs and expenses.

Defendant Justice Energy Company, Inc. ("Justice Energy") expressly reserves its right to appeal the Court's sanction order(s) (as well as the underlying order(s)) and requests that this Court enter a separate judgment order pursuant to the Fed. R. Civ. P. 58 rendering the sanction order(s) final and appealable.

                **JUSTICE ENERGY COMPANY, INC.**

                *By Counsel*

LEWIS GLASSER CASEY & ROLLINS PLLC

/s/ Ramonda C. Lyons
Richard L. Gottlieb (WVSB No. 1447)
Ramonda C. Lyons (WVSB No. 6927)
300 Summers Street, Suite 700
PO Box 1746
Charleston, WV 25326
Phone: 304-345-2000
Fax:    304-343-7999

                **JAMES RIVER EQUIPMENT, VIRGINIA, LLC**

                *By Counsel*

BAILEY & WYANT, PLLC

/s/ James S. Hammond
Jason S. Hammond (WVSB No. 8042)
500 Virginia Street, E., Suite 600
PO Box 3710
Charleston, WV 25337-3710
Phone: 304-345-4222
Fax:    304-343-3133

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

**JAMES RIVER EQUIPMENT,**
**VIRGINIA, LLC,**

    **Plaintiff,**

**v.**                              **CIVIL ACTION NO. 5:13-28160**

**JUSTICE ENERGY COMPANY, INC.**

    **Defendant.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of October, 2017, I electronically filed the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND RESERVATION OF APPELLATE RIGHTS AS TO SANCTION ISSUED BY COURT AGAINST JUSTICE ENERGY COMPANY, INC." with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

        Jason S. Hammond, Esq.
        Bailey & Wyant, PLLC
        500 Virginia Street, E., Suite 600
        Charleston, WV 25337
        jhammond@baileywyant.com

I further hereby certify that I have mailed the document by United States Postal Service to the following:

        Carol A. Casto, Esq.
        United States Attorney's Office
        300 Virginia Street, E., Rm. 4000
        Charleston, WV 25301
        carol.casto@usdoj.gov

Gary L. Call, Esq.
United States Attorney's Office
PO Box 1713
Charleston, WV  25326
Gary.call@usdoj.gov

                              LEWIS GLASSER CASEY & ROLLINS

                              /s/ Ramonda C. Lyons
                              Richard L. Gottlieb (WVSB No. 1447)
                              Ramonda C. Lyons (WVSB No. 6927)
                              300 Summers Street, Suite 700
                              PO Box 1746
                              Charleston, WV  25326
                              Phone:  304-345-2000
                              Fax:     304-343-7999