IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**JAMES RIVER EQUIPMENT,**
**VIRGINIA, LLC,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 5:13-28160**

**JUSTICE ENERGY COMPANY, INC.**

    **Defendant.**

**DEFENDANT JUSTICE ENERGY COMPANY, INC.'S**
**STATUS REPORT WITH REGARD TO SANCTION PAYMENT**

Defendant Justice Energy Company, Inc., ("Justice Energy") by counsel, Richard L. Gottlieb and Ramonda C. Lyons of Lewis Glasser PLLC, submits its *Status Report with Regard to Sanction Payment* in response to the Court's Order of October 30, 2017 (Document 93). As noted in the Order, Justice Energy appealed the Court's Order (Document 67) imposing sanctions in the amount of $1,230,000 and the Memorandum Opinion and Order (Document 72) denying its motion to alter or amend the judgment. The Fourth Circuit dismissed the appeal as interlocutory (Document 86). Thereafter, Justice Energy requested that this Court issue a judgment order pursuant to the Fed. R. Civ. P. 58 rendering the sanction final and appealable (Document 92). As Justice Energy disputes the sanction and intends to appeal it the Fourth Circuit once it is final it has not tendered payment to the United States.

**JUSTICE ENERGY COMPANY, INC.**

*By Counsel*

LEWIS GLASSER CASEY & ROLLINS

/s/ Ramonda C. Lyons
Richard L. Gottlieb (WVSB No. 1447)
Ramonda C. Lyons (WVSB No. 6927)
300 Summers Street, Suite 700
PO Box 1746
Charleston, WV  25326
Phone:  304-345-2000
Fax:     304-343-7999

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2017, I electronically filed the foregoing "DEFENDANT JUSTICE ENERGY COMPANY, INC.'S STATUS REPORT WITH REGARD TO SANCTION PAYMENT" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record:

>Jason S. Hammond, Esq.
>Bailey & Wyant, PLLC
>500 Virginia Street, E., Suite 600
>Charleston, WV  25337
>jhammond@baileywyant.com
>*Counsel for Plaintiff*

I further hereby certify that I have mailed the document by United States Postal Service to the following:

>Carol A. Casto, Esq.
>United States Attorney's Office
>  for the Southern District of West Virginia
>300 Virginia Street, E., Rm. 4000
>Charleston, WV  25301
>
>Gary L. Call, Esq.
>United States Attorney's Office
>  for the Southern District of West Virginia
>PO Box 1713
>Charleston, WV  25326

>/s/ Ramonda C. Lyons
>Ramonda C. Lyons (WVSB No. 6927)