IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

        Plaintiff,

v.                              CIVIL ACTION NO.  5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

        Defendant.

**ORDER OF DISMISSAL**

Pursuant to the Court's February 25, 2016 *Order* (Document 67) entering judgment against the Defendant and in favor of the United States in the amount of $1,230,000 and the parties' *Joint Stipulation of Dismissal* (Document 92), the Court **ORDERS** that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and to any unrepresented party.

        ENTER:        January 29, 2018

        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA