FILED: August 17, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1221
(5:13-cv-28160)

_____

JAMES RIVER EQUIPMENT, VIRGINIA, LLC, a Virginia Limited Liability Company

      Plaintiff - Appellee

v.

JUSTICE ENERGY COMPANY INC., a West Virginia Corporation

      Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK