IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JAMES RIVER EQUIPMENT, VIRGINIA, LLC,**

    Plaintiff,

v.                                         CIVIL ACTION NO. 5:13-CV-28160

**JUSTICE ENERGY COMPANY, INC.**

    Defendant.

## NOTICE OF WITHDRAW AS COUNSEL FOR JUSTICE ENERGY COMPANY, INC.

Pursuant to Rule 83.4(a) of the *Local Rules of the District Court of the Southern District of West Virginia*, Richard L. Gottlieb, Ramonda C. Marling and the law firm of Lewis Glasser PLLC ("the Firm") hereby give notice of their withdrawal as counsel of record for Justice Energy Company, Inc. ("Justice Energy") in the above-captioned matter. John F. Hussell, IV, Andrew Ellis and law firm of Wooton Davis Hussell Ellis have served as co-counsel for Justice Energy in this matter and will continue to represent Justice Energy on a going forward basis. As such, Justice Energy will not be prejudiced by the Firm's withdrawal as counsel in this matter.

Pursuant to Rule 83.4(a), this Notice is effective upon filing.

                                                      LEWIS GLASSER PLLC

                                                      */s/ Ramonda C. Marling*
                                                      Ramonda C. Marling (WVSB No. 6927)
                                                      Richard L. Gottlieb (WVSB No. 1447)
                                                      300 Summers Street, Suite 700
                                                      PO Box 1746
                                                      Charleston, WV 25326
                                                      Phone: 304-345-2000
                                                      Fax:    304-343-7999

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JAMES RIVER EQUIPMENT,**
**VIRGINIA, LLC,**

    **Plaintiff,**

v.                                              **CIVIL ACTION NO. 5:13-28160**

**JUSTICE ENERGY COMPANY, INC.**

    **Defendant.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of October, 2018, I electronically filed the foregoing *NOTICE OF WITHDRAW AS COUNSEL FOR JUSTICE ENERGY COMPANY, INC.* with the Clerk of the Court using the CM/ECF system, which will effectuate service upon the following:

Jason S. Hammond (WVSB No. 8042)
Bailey & Wyant, PLLC
500 Virginia Street, E., Suite 600
PO Box 3710
Charleston, WV 25337-3710
*Counsel for Plaintiff*

John Hussell, IV (WV Bar # 6610)
Andrew Ellis (WV Bar # 10618)
Wooton, Davis, Hussell & Ellis, PLLC
105 Capitol Street, Suite 200
P.O. Box 3971
Charleston, WV 25339
*Counsel for Defendant*

                                                     /s/ Ramonda C. Marling
                                                     Ramonda C. Marling (WVSB No. 6927)

The undersigned further certifies that on October 17, 2108 a copy of the foregoing *NOTICE OF WITHDRAW AS COUNSEL FOR JUSTICE ENERGY COMPANY, INC.* was served upon the following *via* U.S. Mail, postage pre-paid, at the address listed below:

Fred Westfall, Esq.
United States Attorney's Office
300 Virginia Street, E., Rm. 4000
Charleston, WV  25301
fred.westfall@usdoj.gov

/s/ Ramonda C. Marling
Ramonda C. Marling (WVSB No. 6927)