# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

      Plaintiff,

vs.                                                     Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

      Defendant.

## STATUS REPORT OF THE UNITED STATES OF AMERICA PURSUANT TO COURT'S ORDER OF OCTOBER 3, 2018 (ECF NO. 104)

Counsel for the United States of America has contacted counsel for Justice Energy

Company, Inc., regarding the status of the payment of the civil contempt sanction imposed by the

Court upon Justice Energy Company, Inc., which was affirmed by the United States Court of

Appeals for the Fourth Circuit.  Counsel for the United States was informed by counsel for the

defendant that the defendant is still contemplating filing a petition for writ of certiorari with the

United States Supreme Court.  No payment has yet been made by the defendant to satisfy the

civil contempt sanction imposed by the Court.

                        Respectfully submitted,

                        **MICHAEL B. STUART**
                        **United States Attorney**

                        **s/Fred B. Westfall, Jr.**
                        WV State Bar No. 3992
                        Assistant United States Attorney
                        Attorney for United States
                        P.O. Box 1713
                        Charleston, WV  25326
                        Phone: 304-345-2200
                        Fax: 304-347-5443
                        E-mail: fred.westfall@usdoj.gov

## CERTIFICATE OF SERVICE

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on October 18, 2018, I electronically filed the foregoing **STATUS REPORT OF THE UNITED STATES OF AMERICA PURSUANT TO COURT'S ORDER OF OCTOBER 3, 2018 (ECF NO. 104)** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

> Andrew L. Ellis
> John F. Hussell, IV
> Wooton, Davis, Hussell & Ellis, PLLC
> P. O. Box 3971
> Charleston, WV 25339
> *Counsel for Defendant Justice Energy Company, Inc.*

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
P.O. Box 1713, Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov