**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

        Plaintiff,

v.                               CIVIL ACTION NO.   5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

        Defendant.

**ORDER**

On February 25, 2016, the Court entered a civil contempt judgment against the Defendant, in favor of the United States, in the amount of $1,230,000.   The Defendant's appeal to the Fourth Circuit was unsuccessful, and the Court requested a status report on the payment of the judgment in an order entered on October 3, 2018.   On October 18, 2018, the Defendant and the United States each indicated that the Defendant had not paid because the time period to file a petition for writ of certiorari with the Supreme Court had not yet expired.   That time has now expired.

Accordingly, the Court **ORDERS** that the Defendant and the United States submit a status report, within **fifteen (15) days** of entry of this *Order*, advising the Court of the status of payment.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                 ENTER:       December 7, 2018

                         IRENE C. BERGER
                    UNITED STATES DISTRICT JUDGE
               SOUTHERN DISTRICT OF WEST VIRGINIA