IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

    Plaintiff,

vs.                                           Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    Defendant.

**SECOND STATUS REPORT OF THE UNITED STATES OF AMERICA PURSUANT TO COURT'S ORDER OF DECEMBER 7, 2018 (ECF NO. 111) AND REQUEST FOR LEAVE TO DEPOSE EMPLOYEES AND REPRESENTATIVES OF JUSTICE ENERGY COMPANY, INC., AND TO DISCOVER AND COMPEL PRODUCTION OF FINANCIAL INFORMATION**

Counsel for the United States of America has contacted counsel for Justice Energy Company, Inc., regarding the status of the payment of the civil contempt sanction imposed by the Court upon Justice Energy Company, Inc., which was affirmed by the United States Court of Appeals for the Fourth Circuit. No payment has yet been made by the defendant to satisfy the civil contempt sanction imposed by the Court.

Counsel for the United States sent a letter and a request for financial information to counsel for Justice Energy Company, Inc., on November 28, 2018 (attached as Exhibit A). The request allowed Justice Energy Company, Inc., ten business days to furnish the requested financial information. However, Justice Energy Company, Inc., did not and has not furnished the requested financial information. Accordingly, the United States respectfully requests that the Court grant the United States leave to depose employees and representatives of Justice Energy Company, Inc., and to discover and compel the production of financial information so that the

United States can proceed to find and locate potential financial assets to satisfy the civil contempt sanction imposed by the Court in this civil action.

    Respectfully submitted,

    **MICHAEL B. STUART**
    **United States Attorney**

    <u>**s/Fred B. Westfall, Jr.**</u>
    WV State Bar No. 3992
    Assistant United States Attorney
    Attorney for United States
    P.O. Box 1713
    Charleston, WV  25326
    Phone: 304-345-2200
    Fax: 304-347-5443
    E-mail: fred.westfall@usdoj.gov

# CERTIFICATE OF SERVICE

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on December 21, 2018, I electronically filed the foregoing **SECOND STATUS REPORT OF THE UNITED STATES OF AMERICA PURSUANT TO COURT'S ORDER OF DECEMBER 7, 2018 (ECF NO. 111) AND REQUEST FOR LEAVE TO DEPOSE EMPLOYEES AND REPRESENTATIVES OF JUSTICE ENERGY COMPANY, INC., AND TO DISCOVER AND COMPEL PRODUCTION OF FINANCIAL INFORMATION** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

>Andrew L. Ellis
>John F. Hussell, IV
>Wooton, Davis, Hussell & Ellis, PLLC
>P. O. Box 3971
>Charleston, WV 25339
>*Counsel for Defendant Justice Energy Company, Inc.*

>**s/Fred B. Westfall, Jr.**
>WV State Bar No. 3992
>Assistant United States Attorney
>P.O. Box 1713, Charleston, WV 25326
>Phone: 304-345-2200
>Fax: 304-347-5443
>E-mail: fred.westfall@usdoj.gov