# EXHIBIT A

*United States Department of Justice*

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| Robert C. Byrd United States Courthouse | Post Office Box 1713 |
| 300 Virginia Street, East, Suite 4000 | Charleston, WV 25326 |
| Charleston, WV 25301 | FAX: 304-347-5443 |
| Telephone: 304-345-2200 | 1-800-659-8726 |

November 28, 2018

Andrew L. Ellis
John F. Hussell, IV
John D. (Jody) Wooton, Jr.
Wooton, Davis, Hussell & Ellis, PLLC
P. O. Box 3971
Charleston, WV 25339

      Re:    James River Equipment Virginia, LLC v. Justice Energy Company, Inc.
              Civil Action: 5:13-cv-28160 (S.D.W.Va.)

Dear Messrs. Ellis, Hussell, and Wooton:

      The United States District Court for the Southern District of West Virginia ("Court") has imposed sanctions against Justice Energy Company, Inc., in the above matter in the amount of $1,230,000. Those sanctions have been affirmed by the United States Court of Appeals for the Fourth Circuit. Justice Energy Company, Inc., has yet to pay the sanctions imposed by the Court.

      Based on my conversation with you, as counsel for Justice Energy Company, Inc., there was some suggestion that Justice Energy Company, Inc., may not have the financial resources to pay the sanctions imposed by the Court. As a result, I am enclosing a Financial Statement For Business which requires Justice Energy Company, Inc., to furnish certain information so that the United States can evaluate Justice Energy Company, Inc.'s ability to pay the sanctions imposed by the Court.

      Please read the Financial Statement For Business carefully and supply the requested information. The Financial Statement For Business must be completed by the appropriate official of Justice Energy Company, Inc. Please note that making false statements in the completion of the Financial Statement For Business is punishable by imprisonment and/or a fine under 18 U.S.C. § 1001.

      I need the completed Financial Statement For Business to be returned to our office in ten business days. If Justice Energy Company, Inc., needs additional time to complete the Financial Statement For Business, please contact me so that we can discuss an appropriate extension. Justice Energy Company, Inc., should have the requested information readily available. I would anticipate that any needed extension would be brief in duration.

Messrs. Ellis, Hussell & Wooton
November 28, 2018
Page 2

      If you have any questions concerning the enclosed Financial Statement For Business, please do not hesitate to call me.

                Sincerely,

                MICHAEL B. STUART
                United States Attorney

By:  *[signature]*

                Fred B. Westfall, Jr.
                Assistant United States Attorney

FBW/fbwjr

Enclosure



U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
**NOTE:** Use additional sheets where space on this form
is insufficient or continue on back of last page.

**FINANCIAL STATEMENT FOR BUSINESS**

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

**Section 1**
Business Information

1. Business Name _____
Street Address _____
City _____ State _____ Zip _____
County _____
1a. Business Telephone (___) _____
2a. Type of entity: (check one)
☐ Partnership   ☐ Corporation   ☐ Other _____
2b. Type of Business _____
2c. Other names that the business uses _____

3. Contact Name _____
3a. Contact's Business Telephone (___) _____
Extension _____
Best Time To Call _____ a.m. _____ p.m.
3b. Contact's Home Telephone (___) _____
Best Time To Call _____ a.m. _____ p.m.
3c. Contact's Other Telephone (___) _____
Telephone Type (i.e. cellular, pager) _____
3d. Contact's E-mail _____

**Section 2**
Business Personnel and

**4. PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES**
4a. Full Name _____ Title _____   Social Security Number _____
Home Street Address _____   Home Telephone (___) _____
City _____ State _____ Zip _____   Ownership Percentage & Shares or Interest _____

**5. PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.**
5a. Full Name _____ Title _____   Social Security Number _____
Home Street Address _____   Home Telephone (___) _____
City _____ State _____ Zip _____   Ownership Percentage & Shares or Interest _____

5b. Full Name _____ Title _____   Social Security Number _____
Home Street Address _____   Home Telephone (___) _____
City _____ State _____ Zip _____   Ownership Percentage & Shares or Interest _____

5c. Full Name _____ Title _____   Social Security Number _____
Home Street Address _____   Home Telephone (___) _____
City _____ State _____ Zip _____   Ownership Percentage & Shares or Interest _____

5d. Full Name _____ Title _____   Social Security Number _____
Home Street Address _____   Home Telephone (___) _____
City _____ State _____ Zip _____   Ownership Percentage & Shares or Interest _____

**Section 3**
Accounts/Notes Receivable

**6. ACCOUNTS/NOTES RECEIVABLE.** List all contracts separately, including contracts awarded, but not yet started.

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 6a. | Name _____ | $ _____ | _____ | ☐ 0-30 days |
| | Street Address _____ | | | ☐ 30-60 days |
| | City/State/Zip _____ | | | ☐ 60-90 days |
| | | | | ☐ 90+ days |

Business Name_____   EIN_____   Page 2

**Section 3**
continued

If additional space is needed use separate sheet.

| | | | | |
|---|---|---|---|---|
| 6b. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6c. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6d. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6e. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6f. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6g. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6h. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6i. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6j. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 6k. | Name_____<br>Street Address_____<br>City/State/Zip_____ | $_____ _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

6a + 6k = 6l   $_____
Amount from
any separate sheet  + $_____

**Total Accounts/
Notes Receivable** $_____

Business Name_____  EIN_____  Page 3

**Section 4**
Other Financial Information

**7. OTHER FINANCIAL INFORMATION**: Respond to the following business questions.

7a. Does this business have other business relationships (e.g. subsidiary or parent, corporation, partnership etc)?
☐ No   ☐ Yes, list EIN_____ Additional EIN_____

7b. Does anyone (e.g. officer, stockholder, partner or employees) have an outstanding loan from the business?
☐ No   ☐ Yes, amount $_____  Date of loan_____  Current Balance $_____

7c. Are there any judgments or liens against your business? ☐ No   ☐ Yes, who is creditor?_____
Date of Judgment/Lien_____  Amount of Debt $_____

7d. Is your business a party in a lawsuit?
☐ No   ☐ Yes, amount of suit $_____  Possible completion date_____
Subject matter of suit_____  Court filed in_____

7e. Has your business ever filed bankruptcy?
☐ No   ☐ Yes, date filed_____  Date discharged_____  Case No._____

7f. In the past 10 years, have you transferred any assets from your business name for less than their actual value?
☐ No   ☐ Yes, what asset_____  Value at time of transfer_____
When was it transferred_____  To whom was it transferred_____

7g. Do you anticipate any increase in business income (e.g. contracts bid on but not yet awarded)
☐ No   ☐ Yes, why the increase_____
How much will it increase_____  When will it increase_____

7h. Is your business a beneficiary of a trust, an estate or a life insurance policy?
☐ No   ☐ Yes, name of trust, estate or policy_____
Anticipated amount to be received_____  When to be received_____

**Section 5**
Business Assets

*Indicate the amount you could sell the asset for today.

**8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.

| | Description | Current Value* | Loan Balance | Name of Lender | Purchase Price | Monthly Pymt |
|---|---|---|---|---|---|---|
| 8a. | Year_____ Make_____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8b. | Year_____ Make_____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8c. | Year_____ Make_____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |

**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc.

| | Description | Lease Balance | Name of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 9a. | Year_____ Make_____ Model_____ | $_____ | _____ | _____ | $_____ |
| 9b. | Year_____ Make_____ Model_____ | $_____ | _____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance of the loan for each vehicle purchased or leased.

Business Name _____ EIN _____ Page 4

| Section 5 continued | 10. REAL ESTATE. List all real estate owned by the business. (If you need additional space, usa a separate sheet.) |
|---|---|

| | Street Address, City State, Zip, County | Date Purchased | Purchase Price | Current Value* | Loan Balance | Lender/ Lien Holder | Monthly Payment |
|---|---|---|---|---|---|---|---|
| 10a. | _____ _____ _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |
| 10b. | _____ _____ _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**11. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (f you need additional space, use a separate sheet.) Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| | Description | Current Value* | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|---|
| 11a. | Machinery | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Equipment | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | _____ | $_____ | $_____ | _____ | $_____ |
| | Merchandise | $_____ | $_____ | _____ | $_____ |
| | Other Assets: (List below) | | | | |
| 11b. | _____ | $_____ | $_____ | _____ | $_____ |
| 11c. | _____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for assets listed which have an encumbrance.

| Section 6 | 12. INVESTMENTS. List all investment assets below. Include stocks, bonds, mutual funds, stock options, etc. |
|---|---|

Investment, Banking and Cash Information

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount | Used as collateral on a loan? |
|---|---|---|---|---|---|
| 12a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12c. | Total Investments | | | $_____ | |

Business Name _____ EIN _____ Page 5

| | | | | |
|---|---|---|---|---|
| **Section 6** continued | **13. BANK ACCOUNTS.** List checking and savings accounts. (If you need additional space, use a separate sheet.) | | | |
| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
| 13a. | _____ | Name _____ Address _____ City/State/Zip _____ | _____ | $ _____ |
| 13b. | _____ | Name _____ Address _____ City/State/Zip _____ | _____ | $ _____ |
| **13c.** | **Total Other Account Balances** | | | **$ _____** |

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements (checking and savings) for the past **3 months** for **all** accounts.

**14. OTHER ACCOUNTS.** List all accounts including brokerage accounts, money market, additional checking, and savings accounts, etc. not listed on line #13.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 14a. | _____ | Name _____ Address _____ City/State/Zip _____ | _____ | $ _____ |
| 14b. | _____ | Name _____ Address _____ City/State/Zip _____ | _____ | $ _____ |

**14c. Total Other Accounts**     **$ _____**

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements for the past **3 months** for **all** accounts.

**15. CASH ON HAND.** Include any money that you have that is not in the bank.

**15a. Total Cash on Hand**     **$ _____**

**16. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

| | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 16a. | Name _____ Address _____ City/State/Zip _____ | _____ | _____ | $ _____ |
| 16b. | Name _____ Address _____ City/State/Zip _____ | _____ | _____ | $ _____ |

**16c. Total Minimum Payments**     **$ _____**

Name_____   SSN_____   Page 6

**Section 7**
Monthly Income and Expenses

17. The following information applies to income and expenses from your most recently filed Form 1120 or Form 1065. Fiscal Year Period _____ to _____.

18. Accounting Method used:   ☐ Cash   ☐ Accrual

**The information included on lines 19 through 39 should reconcile to your business federal tax return.**

### Total Income

| Source | Gross monthly |
|---|---|
| 19. Gross Receipts | $_____ |
| 20. Gross Rental Income | _____ |
| 21. Interest | _____ |
| 22. Dividends | _____ |
| Other Income (lines 23-25) | |
| 23. _____ | _____ |
| 24. _____ | _____ |
| 25. _____ | _____ |
| 26. Total Income (19-25) | $_____ |

### Total Living Expenses

| Expense Items | Actual Monthly |
|---|---|
| 27. Materials Purchased | $_____ |
| 28. Inventory Purchased | _____ |
| 29. Gross Wages & Salaries | _____ |
| 30. Rent | _____ |
| 31. Supplies | _____ |
| 32. Utilities/Telephone | _____ |
| 33. Vehicle Gasoline/Oil | _____ |
| 34. Repairs/Maintenance | _____ |
| 35. Insurance | _____ |
| 36. Current Taxes | |
| Other Expenses (lines 37-38) | _____ |
| 37. _____ | _____ |
| 38. _____ | |
| 39. Total Expenses (27-38) | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.

| **CERTIFICATION** |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment. |
| Signature _____  Social Security No. _____  Date _____ |
| Title _____ |
| **WARNING** |
| **False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.** |