# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY DIVISION

**JAMES RIVER EQUIPMENT, VIRGINIA, LLC,**

    **Plaintiff,**

**v.**                                               **Civil Action No. 5:13-cv-28160**
                                                   **Honorable Irene C. Berger**

**JUSTICE ENERGY COMPANY, INC.,**

    **Defendant.**

## DEFENDANT JUSTICE ENERGY COMPANY, INC.'S SECOND STATUS REPORT WITH REGARD TO SANCTION PAYMENT

Defendant, Justice Energy Company, Inc., by counsel, John F. Hussell, IV, Andrew L. Ellis, John D. (Jody) Wooton, Jr., and the law firm of WOOTON, DAVIS, HUSSELL & ELLIS, PLLC, submits its Status Report with Regard to Sanction Payment in response to the Court's Order of December 17, 2018 (Document 111). As noted in the Order, the allowable timeframe for filing a petition for writ of *certiorari* with the Supreme Court of the United States has lapsed. Defendant is currently in the process of examining available funds and assets and gathering information to provide to the U.S. Attorney's Office in that regard. In the interim, Defendant has provided the U.S. Attorney's Office Consolidated Balance Sheets and Consolidated Income Statements for Justice Energy Company, Inc. for the two most recent years (2016 and 2017). When the 2018 Consolidated Balance Sheet and Consolidated Income Statement are available, Defendant will provide those to the U.S. Attorney as well.

JUSTICE ENERGY COMPANY, INC.,

BY COUNSEL,

  /s/ Andrew L. Ellis
John F. Hussell, IV - WV Bar No.  6610
John D. (Jody) Wooton, Jr. – WV Bar No.  10512
Andrew L. Ellis – WV Bar No.  10618
WOOTON, DAVIS, HUSSELL & ELLIS, PLLC
P.O. Box 3971
Charleston, WV 25339
(304) 345-4611
Fax: (304) 345-4607
John.Hussell@wwdhe.com
Jody.Wooton@wwdhe.com
Drew.Ellis@wwdhe.com
*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

**JAMES RIVER EQUIPMENT, VIRGINIA, LLC,**

       **Plaintiff,**

**v.**                                  **Civil Action No. 5:13-cv-28160**
                                       **Honorable Irene C. Berger**

**JUSTICE ENERGY COMPANY, INC.,**

       **Defendant.**

## CERTIFICATE OF SERVICE

John F. Hussell, IV, Andrew L. Ellis, John D. (Jody) Wooton, Jr., and the law firm of WOOTON, DAVIS, HUSSELL & ELLIS, PLLC, hereby certifies that the "**Defendant Justice Energy Company, Inc.'s Second Status Report with Regard to Sanction Payment**" was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Jason S. Hammond, Esquire
Bailey & Wyant, PLLC
P.O. Box 3710
Charleston, West Virginia 25337
*Counsel for Plaintiff*

Fred B. Westfall, Jr., Esquire
United States Attorney's Office for the
Southern District of West Virginia
P.O. Box 1713
Charleston, WV 25326
*Counsel for the United States*

Done this 21st day of December, 2018.

                                                 /s/ Andrew L. Ellis
                                                 Andrew L. Ellis – WV Bar No. 10618