# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

      Plaintiff,

vs.                                          Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

      Defendant.

## **MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA**

Pursuant to Fed.R.Civ.P. 24, the United States of America ("United States") moves the Court to enter an order allowing it to intervene in this civil action to recover a debt owed to the United States. The Court has assessed a civil penalty on defendant Justice Energy Company, Inc., which has now become a debt owed to the United States. The United States now needs to formally intervene and appear as an intervening party in this civil action for the purpose of collecting this debt owed to the United States.

                                                            Respectfully submitted,

                                                            **MICHAEL B. STUART**
                                                            **United States Attorney**

                                                            **s/Fred B. Westfall, Jr.**
                                                            WV State Bar No. 3992
                                                           Assistant United States Attorney
                                                           Attorney for United States
                                                           P.O. Box 1713
                                                           Charleston, WV  25326
                                                           Phone: 304-345-2200
                                                           Fax: 304-347-5443
                                                           E-mail: fred.westfall@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on January 30, 2019, I electronically filed the foregoing **MOTION TO INTERVENE BY THE UNITED STATES OF AMERICA** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

      Andrew L. Ellis
      John F. Hussell, IV
      Wooton, Davis, Hussell & Ellis, PLLC
      P. O. Box 3971
      Charleston, WV 25339
      *Counsel for Defendant Justice Energy Company, Inc.*

      **s/Fred B. Westfall, Jr.**
      WV State Bar No. 3992
      Assistant United States Attorney
      P.O. Box 1713, Charleston, WV 25326
      Phone: 304-345-2200
      Fax: 304-347-5443
      E-mail: fred.westfall@usdoj.gov