IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

        Plaintiff,

v.                            CIVIL ACTION NO.  5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

        Defendant.

## ORDER

The Court has reviewed the *Motion to Intervene by the United States of America* (Document 115), wherein the United States requests to intervene in this matter to recover the civil penalty imposed on the Defendant. After careful consideration, the Court **ORDERS** that the *Motion* be **GRANTED** and that the United States be permitted to appear as an intervening party.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:      January 31, 2019

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA