IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

    Plaintiff,

v.        CIVIL ACTION NO.   5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    Defendant.

**ORDER**

Upon review of the docket, the Court observes that depositions of representatives and employees of defendant Justice Energy Company, Inc., regarding financial information were scheduled for March 14, 2019.  Accordingly, the Court **ORDERS** that the United States and the Defendant file status updates regarding payment of the civil contempt judgment no later than **April 19, 2019**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:    April 15, 2019

        _/s/ Irene C. Berger_
        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA