IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

    Plaintiff,

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

vs.                                                           Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    Defendant.

## JOINT STATUS REPORT OF THE PARTIES

The depositions requested by the United States have been completed, and the transcripts have been prepared and transmitted to counsel. The witnesses have 30 days from receipt of the transcripts to review them, prepare any necessary errata sheets, and to sign the transcripts and/or errata sheets. That process should be completed soon. In addition, the United States has requested documentation regarding equipment owned and disposed of by Justice Energy Company since January 1, 2016. That documentation is in the process of being completed and should be completed soon. After those matters have been completed, the United States will determine what collection efforts it will undertake to recover the penalty imposed by the Court.

Respectfully submitted,

**UNITED STATES OF AMERICA,**
**Intervenor,**

**MICHAEL B. STUART**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
Fred B. Westfall, Jr. (WV State Bar No. 3992)
Jason S. Bailey
Assistant United States Attorneys
Attorneys for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
Counsel for Intervenor United States of America

**JUSTICE ENERGY COMPANY, INC.,**
**Defendant,**

**s/Andrew L. Ellis**
Andrew L. Ellis (W.Va. State Bar No. 10618)
John F. Hussell, IV (W.Va. State Bar No. 6610)
John D. Wooton (W.Va. State Bar No. 10512)
Wooton, Davis, Hussell & Ellis, PLLC
P. O. Box 3971
Charleston, WV 25339
*Counsel for Defendant Justice Energy Company, Inc.*

## CERTIFICATE OF SERVICE

      I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on April 19, 2018, I electronically filed the foregoing **JOINT STATUS REPORT OF THE PARTIES** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

      Andrew L. Ellis
      John F. Hussell, IV
      John D. Wooton
      Wooton, Davis, Hussell & Ellis, PLLC
      P. O. Box 3971
      Charleston, WV 25339
      *Counsel for Defendant Justice Energy Company, Inc.*

      **s/Fred B. Westfall, Jr.**
      WV State Bar No. 3992
      Assistant United States Attorney
      P.O. Box 1713, Charleston, WV  25326
      Phone: 304-345-2200
      Fax: 304-347-5443
      E-mail: fred.westfall@usdoj.gov