# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

* * * * * * * *

JAMES RIVER EQUIPMENT   *

VIRGINIA, LLC,          *

    Plaintiff        *   Case No.

    vs.              *   5:13-cv-28160

JUSTICE ENERGY          *

COMPANY, INC.,          *

    Defendant         *

* * * * * * * *


DEPOSITION OF

JAMES JUSTICE, III

March 14, 2019

Any reproduction of this transcript is prohibited without

authorization by the certifying agency.

2

1                          DEPOSITION

2                              OF

3     JAMES JUSTICE, III, taken on behalf of the Defendant

4     herein, pursuant to the Rules of Civil Procedure, taken

5     before me, the undersigned, Bradley Scott, a Court

6     Reporter and Notary Public in and for the State of West

7     Virginia, at the law offices of Carey, Scott, Douglas &

8     Kessler, PLLC, 707 Virginia Street, East 901 Chase Tower,

9     Charleston, West Virginia on Thursday, March 14, 2019

10    beginning at 12:10 p.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3

```
 1                    A P P E A R A N C E S

 2

 3   FRED B. WESTFALL, JR., ESQUIRE

 4   Assistant United States Attorney

 5   300 Virginia Street East

 6   Room 4000

 7   Charleston, WV  25301

 8       COUNSEL FOR UNITED STATES

 9

10   MICHAEL W. CAREY, ESQUIRE

11   Carey, Scott, Douglas & Kessler, PLLC

12   901 Chase Tower

13   707 Virginia Street East

14   Charleston, WV  25301

15       COUNSEL FOR DEFENDANT

16

17   JOHN F. HUSSELL, IV, ESQUIRE

18   Wooton, Davis, Hussell & Ellis

19   300 Summers Street

20   Suite 1230

21   Charleston, WV  25301

22       COUNSEL FOR DEFENDANT

23

24
```

4

1                          I N D E X

2

3    WITNESS: JAMES JUSTICE, III

4    EXAMINATION

5       By Attorney Westfall                          7 - 15

6    CERTIFICATE                                           16

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

5

1                           EXHIBIT PAGE

2

3                                                    PAGE

4    NUMBER    DESCRIPTION                       IDENTIFIED

5                          NONE OFFERED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

6

1                        OBJECTION PAGE

2

3    ATTORNEY                                    PAGE

4                        NONE MADE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

7

```
1                    S T I P U L A T I O N
2    ----------------------------------------------------------
3    (It is hereby stipulated and agreed by and between counsel
4    for the respective parties that reading, signing, sealing,
5    certification and filing are not waived.)
6    ----------------------------------------------------------
7                    P R O C E E D I N G S
8    ----------------------------------------------------------
9                    JAMES JUSTICE, III,
10   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND
11   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS
12   FOLLOWS:
13                         ---
14                    EXAMINATION
15                         ---
16   BY ATTORNEY WESTFALL:
17        Q.   What's your name please?
18        A.   James C. Justice, III.
19        Q.   Mr. Justice, my name is Fred Westfall.  I'm
20   with the U.S. Attorney's Office.  I'm asking today, I'm
21   going to be asking you questions in connection with a
22   civil penalty part of the case dealing with the James
23   River Equipment Company case that was pending.
24             And if at any time you do not hear or
```

8

1    understand a question I've asked if you'll let me know,

2    I'll be happy to repeat or rephrase the question for you.

3              Have you ever been deposed before?

4         A.   I have.

5         Q.   Basic ground rules are you need to give verbal

6    responses to the questions.  Because the court reporter

7    can't record gestures or nods of the head.  And at any

8    time you need to take a break, if you'll let me know we

9    can take a break.  It's not a problem.

10             This will be fairly short so I don't think

11   we'll have --- probably won't take more than just a few

12   more minutes so.

13             Mr. Ball previously testified about the

14   financial aspects of Justice Energy in some detail prior

15   to you arriving here for your deposition today.  Can you

16   tell what involvement you normally have in Justice Energy

17   as far as the day-to-day operations of the company?

18        A.   I would characterize my day to day at a pretty

19   high level.  You know, we have accounting people or legal

20   people in place.  Operations people in place.  Have some

21   involvement with it just being very high level.

22        Q.   Okay.

23             And so when you're talking about high, we're

24   not talking about quantum or quantity.  We're talking

9

1    about supervisor.  You're going to be far up the

2    supervisory chain over the Justice Energy?

3         A.   Yes, sir.

4         Q.   You're probably not going out to the mine site

5    every day to take a look at what's going on.

6              Is that correct?

7         A.   I go some but not every day.

8         Q.   I want to go back through the business

9    structure for just a minute.  Just to ask you some

10   questions along that line.  It's my understanding, from

11   Mr. Ball's testimony, you and your father own a group of

12   companies that deal with mining and mining operations and

13   I guess probably you have some other non-mining operation

14   companies as well.  So let me just kind of go back

15   through this.

16             Blue Stone Resources, Incorporated.  Do you

17   know which companies are under Blue Stone Resources,

18   Incorporated?

19        A.    It would probably be better if Steve would go

20   through the list but generally I know most of them.

21        Q.    Let me ask the question this way, do you sit on

22   the boards of directors of any of these others --- of

23   these various companies Blue Stone Resources, Blue Stone

24   Mineral, JCJ Coal Room, Justice Energy Company,

10

1    Incorporated.  Do you serve on any of the Boards of these

2    companies?

3         A.    I do.

4         Q.    Okay.

5              And in terms as I understand it from what Mr.

6    Ball testified earlier, you guys normally do not have

7    real board meetings but you do everything by agreement.

8    You have agreement documents you sign in lieu of board

9    meetings.

10             Is that correct?

11        A.    Yes, your --- that's correct.  And at the end

12   of 2018, we actually did have a board meeting for another

13   matter.  But generally, we do agreements in lieu of the

14   meeting.

15        Q.    And in terms of the shareholders of --- well

16   let me go back and rephrase this.  These various coal

17   companies whether it's Blue Stone Mineral, Blue Stone

18   Resources, Blue Stone Coal, and Blue Stone Industries,

19   the ultimate control over these companies rest with you

20   and your father.

21             Is that correct?

22        A.    Well, we're the shareholders.

23        Q.    Okay.

24             And what about your sister?  What involvement

11

1    is the --- Jillean, what involvement does she have with

2    the companies?

3        A.    She's not a shareholder of those companies you

4    referenced but she is a director.   Jill and myself are

5    the only directors at this time.

6        Q.    Now, I understand from Mr. Ball that there is a

7    collective bargaining agreement in place between the UMWA

8    and Justice Energy Company, Incorporated, dealing with

9    the miners that are currently onsite.   Did you have any

10   involvement in the negotiations of the collective

11   bargaining agreement?

12       A.    Not really.   We're a very small player in the

13   union.   Collective bargaining agreement is nationwide and

14   so for good or for bad, we just kind of have to tag along

15   to whatever, you know, the bigger companies agree to.

16       Q.    Did you have to sign the collective bargaining

17   agreement?

18       A.    Not to my knowledge.   No.

19             ATTORNEY CAREY:   Let me clarify.   When you

20   said him signing personally or any of the companies?

21             ATTORNEY WESTFALL:   Well, I understand if

22   there's no --- let me go back and maybe I should ask the

23   question this way.

24   BY ATTORNEY WESTFALL:

12

1      Q.    Are there any other --- other than what Justice

2    Energy Company, Incorporated, are there any collective

3    bargaining agreements involving the UMWA and any other,

4    we'll call them Justice Companies?

5      A.    There are.  Some of the other Blue Stone

6    subsidiaries --- and I don't really want to tell you the

7    exact ones because I mean, we got a few.  Blue Stone Coal

8    was one, Keystone Services is one, Justice Energy is one.

9    They're all covered under a master collective bargaining

10   agreement.

11     Q.    Did you have to --- did you and your --- in

12   your corporate capacity or as a shareholder in any

13   capacity have to sign any of these collective bargaining

14   agreements or any of the documents when it relates to the

15   master collective bargaining agreement on behalf of any

16   of these companies?

17     A.    I wouldn't have signed as a --- or wouldn't be

18   asked to sign as a shareholder or any personal liability

19   but I really can't tell you if I signed it in a corporate

20   capacity.  I may have, I may not have, I just don't know.

21     Q.    Okay.

22           The decision making on --- for the over

23   operation of Justice Energy Company, who has that

24   ultimate decision making authority?

13

1      A.    Could you be a little more specific?

2      Q.    Sure.  Sure.

3            If a decision had to be made about the future

4      direction of the company or a major financial decision

5      had to be made about Justice Energy Company,

6      Incorporated, who would have the ultimate decision making

7      authority over such decisions?

8      A.    I guess I would have the ultimate decision

9      making authority and I would certainly consult with the

10     other people on our team, accountants, attorneys, our

11     operations people.

12     Q.    Would that be the same for any of the Blue

13     Stone companies as well?

14     A.    Generally speaking yes, but you know we have,

15     you know, there's kind of different players in the game.

16     You know, maybe, maybe at Blue Stone Coal they're

17     different operations folks or different accounting

18     people.  But you know, I would certainly consult with

19     those on each specific operation.

20     Q.    But if there was a major financial decision or

21     some sort of a major direction for the company that is

22     particular --- the ultimate decision making authority

23     would rest with you.

24            Is that correct?

14

1      A.    I think so, yes.

2      Q.    I'd like for you to take a look, just briefly.

3  We have some exhibits from Mr. Ball's deposition in front

4  of me, Exhibits 1 through 7.  And I'm just going to ask

5  you a general question after you've had a chance to take

6  a look at those.  I mean most of them are just financial

7  documents and so on.  But the question I'm going to ask

8  you, I'll just go ahead and ask you.  Did you have any

9  involvement with the preparation of any of these

10  exhibits?  Exhibits 1 through 7?

11      A.    I did not, no.

12      Q.    Okay.

13          Now I'm going try and I might be a little

14  inarticulate but I'm going to try see through this the

15  best way I can.  As I understand, we kind of went through

16  some of the corporate structure and the business

17  structure involved with Justice Energy Company,

18  Incorporated.  As I understand it, Justice Energy

19  Company, Incorporated, the parent company is JCJ Coal

20  Group, LLC.

21          Is that your understanding?

22      A.    That's my understanding, yes, sir.

23      Q.    And in that particular company, the JCJ Coal

24  Group is owned by Blue Stone Mineral, Incorporated.

15

1          Is that correct?

2     A.    Yeah, I better not delve into this because I

3   don't know exactly.  But, you know, Steve as far as the

4   structure would be the best to ask.

5     Q.    So in terms of the corporate and business

6   structure of the various companies of which you and your

7   father are the shareholders or the ultimate shareholders

8   of, that Steve would be the person who would have the

9   most knowledge about how those companies are structured

10  and how they're interrelated?

11    A.    Yes, sir.

12    Q.    Okay.  That's all that I have.  Thank you very

13  much.

14    A.     Thank you.

15          ATTORNEY CAREY:  We don't have any

16  questions but we will read.

17                  * * * * * * * *

18          DEPOSITION CONCLUDED AT 12:20 P.M.

19                  * * * * * * * *

20

21

22

23

24

16

1    STATE OF WEST VIRGINIA)

2                         CERTIFICATE

3          I, Bradley Scott, a Notary Public in and for

4    the State of West Virginia, do hereby certify:

5          That the witness whose testimony appears in the

6    foregoing deposition, was duly sworn by me on said date,

7    and that the transcribed deposition of said witness is a

8    true record of the testimony given by said witness;

9          That the proceeding is herein recorded fully

10   and accurately;

11         That I am neither attorney nor counsel for, nor

12   related to any of the parties to the action in which

13   these depositions were taken, and further that I am not

14   a relative of any attorney or counsel employed by the

15   parties hereto, or financially interested in this

16   action.

17      I certify that the attached transcript meets the

18   requirements set forth within article twenty-seven,

19   chapter forty-seven of the West Virginia Code.

20

21        OFFICIAL SEAL
          STATE OF WEST VIRGINIA              _____
          NOTARY PUBLIC
          BRADLEY SCOTT                       Court Reporter
22        The Peoples Bldg., Suite 617
          179 Summers St.
          Charleston, WV 25301
          My commission expires June 28, 2023
23

24