IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

Plaintiff,

UNITED STATES OF AMERICA,

Intervenor Plaintiff,

v. Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

Defendant.

**JOINT STATUS REPORT OF THE PARTIES**

The parties have reached a proposed agreement regarding a payment plan to pay the civil contempt sanction involved in this case. A proposed order which embodies that proposed agreement is being submitted to the Court for approval.

Respectfully submitted,

**UNITED STATES OF AMERICA,**
**Intervenor,**

**MICHAEL B. STUART**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
Fred B. Westfall, Jr. (WV State Bar No. 3992)
Jason S. Bailey
Assistant United States Attorneys
Attorneys for United States
P.O. Box 1713
Charleston, WV 25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
*Counsel for Intervenor United States of America*

**JUSTICE ENERGY COMPANY, INC.,**
**Defendant,**

**s/Andrew L. Ellis**
Andrew L. Ellis (W.Va. State Bar No. 10618)
John F. Hussell, IV (W.Va. State Bar No. 6610)
John D. Wooton (W.Va. State Bar No. 10512)
Wooton, Davis, Hussell & Ellis, PLLC
P. O. Box 3971
Charleston, WV 25339
*Counsel for Defendant Justice Energy Company, Inc. and Bluestone Resources, Inc.*

**CERTIFICATE OF SERVICE**

I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on June 6, 2019, I electronically filed the foregoing **JOINT STATUS REPORT OF THE PARTIES** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

Andrew L. Ellis
John F. Hussell, IV
John D. Wooton
Wooton, Davis, Hussell & Ellis, PLLC
P. O. Box 3971
Charleston, WV 25339
*Counsel for Defendant Justice Energy Company, Inc.*

**s/Fred B. Westfall, Jr.**
WV State Bar No. 3992
Assistant United States Attorney
P.O. Box 1713, Charleston, WV 25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov