RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 00004688
INCLUDES THIRD PARTY SUBMITTER DATA

CQC WV SCCA
19-00024

Start Date: 09/01/2019   End Date: 09/10/2019

5:13-cv-028160

| Originating ALC | Customer ALC | Submitter ALC | PAYMENT |
|---|---|---|---|
| 15030001 | 00004688 | 15030001 | |

| Document Reference Number | Summary Amount |
|---|---|
| 144A0IC2 | $410,000.00 |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 09/09/2019 | 09/30/2019 | 1 | X0144 |

ALC Contact                                                                 Contact Phone
Latoya S Johnson                                                            2026163595
Contact Email
latoya.johnson@usdoj.gov

Receiver Treasury Account Symbol                    Sender Treasury Account Symbol

| Detail Nr | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Receiver DUNS+4 | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Sender DUNS+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 015 | | X | | 5041 | 001 | | | | 015 | | | F | 3885 | 001 | |

| Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|
| COLAVRCT | | DISBBCA | |

| Purchase Order Number | Invoice Number |
|---|---|
| COCWVS | SJ92P820190909153626 |

| Obligating Document Number | Requistion Number | Contract Number |
|---|---|---|
| X | X | X |

| CLIN | Jas Number |
|---|---|
| X | X |

| ACT(trace number) | Job (Project) Number | Pay Flag |
|---|---|---|
| X | X | F |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| EA | 1.00 | $410,000.00 | $410,000.00 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| | NOT AVAILABLE | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| JOE ODEA | (202)-598-1501 |

Transaction Description                              Miscellaneous Information
DEBT COLLECTION - DETAIL BACKUP TO FOLLOW BY          X
MAIL

Page    1                                         U.S. DEPARTMENT OF JUSTICE                              DATE: 09/10/19 TIME: 12.37.11
                                            FMIS WEB SERVICES DEBT MANAGEMENT MODULE
                                            DETAIL LISTING TO SUPPORT TRANSFER OF FUNDS
                                            FROM THE U.S. DEPARTMENT OF JUSTICE VIA IPAC

AGENCY NAME: CLERK, U.S. DISTRICT COURT                                                                   RPTMONTH: 1909
BUREAU NAME: ATTN ADMINISTRATIVE SERVICES                                                                 IPAC REF. NO:  144A0IC2
AGENCY LOCATION CODE: 00-00-4688                                                                          SUBCERT NO: SJ92P820190909153626
AGENCY CODE: COCWVS


I. - DEBTOR/CASE PAYMENT AND DOJ FEE RETAINED FOR CIVIL PAYMENTS


                       AGENCY FILE NO/           INT COMP     DOJ DEPOSIT                                       DOLLAR
DEBTOR NAME            USAO DEBTOR ID            DATE         NUMBER        CAUSE OF ACTION - DESCRIPTION       AMOUNT        COLLECTION OFFICE
-----------------------------------------------------------------------------------------------------------------------------------------------

Justice Energy Compa   5:13-cv-28160             2019/06/14   CDCS 19 165   CVNF-CIVIL PENALTY /                410,000.00    U.S. ATTORNEY
                       2019A46635001                                        NON-FEDERAL COMPENSATORY                          WEST VIRGINIA - SOUTH
                                                                            DAMAGES                                           (304) 345-2200
GROSS PAYMENTS:        410,000.00
3% FEE:                .00
TOTAL PAYMENTS:        1        410,000.00

09/11/2019 01:54 PM PDT                                                                                           Version 7.0.1   Page 1   of 1

## U.S. Courts
## Case Inquiry Report
Case Number: DWVS513CV028160; Party Number: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

Case Number   DWVS513CV028160         Case Title    JAMES RIVER EQUIPMENT AND USA V. JUSTICE ENERGY CO

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | 19PP006474 | JUSTICE ENERGY COMPANY INC | WVSPA139 | NON-CVF FINES | | 1,230,000.00 | 410,000.00 | 820,000.00 |
| | | | | | | 1,230,000.00 | 410,000.00 | 820,000.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Account Number | Debt Type Line# | Debt Type | | Payee Line# | Depository Line# | | | |
| CQC WVSCCA19-00024 | 09-SEP-19 | 09-SEP-19 | PR | 410,000.00 | JUSTICE ENERGY COMPANY INC | O | IP3 | 109900 |
| DWVS513CV028160-001 | 1 | NON-CVF FINES | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQC | Cash Receipt - Courts CCA Manual |