RECEIVED BY YOUR ALC
ALL TRANSACTIONS RECEIVED BY: 00004688
INCLUDES THIRD PARTY SUBMITTER DATA

20-00001

Start Date: 10/01/2019  End Date: 10/09/2019

---

| Originating ALC | Customer ALC | Submitter ALC | PAYMENT |
|---|---|---|---|
| 15030001 | 00004688 | 15030001 | |

| Document Reference Number | Summary Amount | | |
|---|---|---|---|
| 144A0IP8 | $410,000.00 | | |

| Accomplished Date | Accounting Date | Number of Detail(s) | Originator DO Symbol |
|---|---|---|---|
| 10/03/2019 | 10/31/2019 | 1 | X0144 |

| ALC Contact | | | Contact Phone |
|---|---|---|---|
| Latoya S Johnson | | | 2026163595 |

Contact Email
latoya.johnson@usdoj.gov

Receiver Treasury Account Symbol                     Sender Treasury Account Symbol

| Detail Nr | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Receiver DUNS+4 | SP | ATA | AID | BPOA | EPOA | A | MAIN | SUB | Sender DUNS+4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 015 | | | X | | 5041 | 001 | | | 015 | | | | F | 3885 | 001 | |

| Receiver BETC | Receiver DUNS | Sender BETC | Sender DUNS |
|---|---|---|---|
| COLAVRCT | | DISBBCA | |

| Purchase Order Number | Invoice Number |
|---|---|
| COCWVS | SJ92P820191003165904 |

| Obligating Document Number | Requistion Number | Contract Number |
|---|---|---|
| X | X | X |

| CLIN | Jas Number |
|---|---|
| X | X |

| ACT(trace number) | Job (Project) Number | Pay Flag |
|---|---|---|
| X | X | F |

| Unit of Issue | Quantity | Unit Price | Detail Amount |
|---|---|---|---|
| EA | 1.00 | $410,000.00 | $410,000.00 |

| ACRN | Accounting Classification Code | FSN/AAA/ADSN | DOD Activity Address Code |
|---|---|---|---|
| | NOT AVAILABLE | 0 | |

| Transaction Contact | Contact Phone |
|---|---|
| JOE ODEA | (202)-598-1501 |

Transaction Description
DEBT COLLECTION - DETAIL BACKUP TO FOLLOW BY MAIL

Miscellaneous Information
X

```
Page   1                                    U.S. DEPARTMENT OF JUSTICE                              DATE: 10/09/19 TIME: 13.22.07
                                      FMIS WEB SERVICES DEBT MANAGEMENT MODULE
                                     PAID BILLING STATEMENT FOR IPAC TRANSACTIONS
                                                                                              DOCUMENT REF. NO: 144A0IP8
BILLS CHARGED TO YOUR ALC: 00-00-4688                                                              AGENCY CODE: COCWVS

BILLING AGENCY         BILLING ALC           BILLING TAS              AGENCY CONTACT              TELEPHONE NO.
------------------    ---------------      ---------------         --------------------         -----------------
DEPT. OF JUSTICE       15-03-0001           15F3885.001                Joe Odea                   (202) 598-1501

ACCOUNTING DATE       ACCOMPLISH DATE       CUSTOMER TAS              DOJ DOCUMENT NUMBER          DOLLAR AMOUNT
------------------    ---------------   ---------------------     -----------------------      -----------------
1910                   2019/10/03          010   X6855000  C         SJ92P820191003165904             410,000.00

                                              **N O T E **N O T E**
                                       DOCUMENTATION FOR IPAC BILLING ONLY
                                            DO NOT MAKE CASH PAYMENT

DESCRIPTION: THE ABOVE AMOUNT REPRESENTS "LEGAL PROCESSED DEBTS" COLLECTED ON BEHALF OF YOUR AGENCY
BY THE DEPARTMENT OF JUSTICE.  THE ATTACHED LISTING PROVIDES A DETAILED BREAKDOWN OF THE DEBTOR
PAYMENTS WHICH SUPPORT THIS TRANSFER OF FUNDS TO YOUR AGENCY. SHOULD YOU HAVE ANY QUESTIONS REGARDING
INDIVIDUAL PAYMENTS, A TELEPHONE NUMBER FOR THE COLLECTION OFFICE HAS BEEN PROVIDED FOR YOUR CONVENIENCE.
THE AGENCY CONTACT LISTED ABOVE DOES NOT HAVE INFORMATION ABOUT INDIVIDUAL PAYMENTS

  ** TOTAL FROM ALC 15-03-0001 =        410,000.00 CR

SECTION I.   - DEBTOR/CASE PAYMENT AND DOJ FEE RETAINED FOR CIVIL PAYMENTS

SECTION II.  - RETURN CHECKS

SECTION III. - ADJUSTMENTS
```

Page    1                                                                                     DATE: 10/09/19 TIME: 13.22.07
                                           U.S. DEPARTMENT OF JUSTICE
                                      FMIS WEB SERVICES DEBT MANAGEMENT MODULE
                                    DETAIL LISTING TO SUPPORT TRANSFER OF FUNDS
                                    FROM THE U.S. DEPARTMENT OF JUSTICE VIA IPAC

AGENCY NAME: CLERK, U.S. DISTRICT COURT                                                       RPTMONTH: 1910
BUREAU NAME: ATTN ADMINISTRATIVE SERVICES                                                     IPAC REF. NO: 144A0IP8
AGENCY LOCATION CODE: 00-00-4688                                                              SUBCERT NO: SJ92P8201910O3165904
AGENCY CODE: COCWVS

I. - DEBTOR/CASE PAYMENT AND DOJ FEE RETAINED FOR CIVIL PAYMENTS

                        AGENCY FILE NO/          INT COMP    DOJ DEPOSIT                                 DOLLAR
DEBTOR NAME             USAO DEBTOR ID           DATE        NUMBER      CAUSE OF ACTION - DESCRIPTION   AMOUNT        COLLECTION OFFICE
-----------------------------------------------------------------------------------------------------------------------------------------
Justice Energy Compa    5:13-cv-28160            2019/09/16  CDCS 19 259  CVNF-CIVIL PENALTY /           410,000.00    U.S. ATTORNEY
                        2019A46635001                                     NON-FEDERAL COMPENSATORY                     WEST VIRGINIA - SOUTH
                                                                          DAMAGES                                      (304) 345-2200

GROSS PAYMENTS:         410,000.00
3% FEE:                        .00
TOTAL PAYMENTS:   1     410,000.00

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

    Plaintiff,

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.                                                                    Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    Defendant.

## **ORDER**

In accordance with this Court's Order entered on May 30, 2019 (ECF No. 124), counsel for Justice Energy Company, Inc., and counsel for the United States of America ("United States") have come before the Court and proposed the following agreement in satisfaction and resolution of the civil contempt sanction of $1,230,000.00 assessed by the Court against Justice Energy Company, Inc. (ECF No. 67). The parties have proposed the following agreement to the Court:

    1.     Bluestone Resources, Inc., shall pay the civil contempt sanction of $1,230,000.00 assessed against Justice Energy Company, Inc., in the following installment payments to be paid on or before the following dates:

        A.     June 17, 2019: $410,000.00

        B.     September 16, 2019: $410,000.00

        C.     November 15, 2019: $410,000.00

2. The installment payments shall be paid to the United States by electronic funds transfer ("EFT") in accordance with instructions to be furnished by counsel for the United States to counsel for Justice Energy Company, Inc.

3. The United States shall inform the Court that it has withdrawn Intervenor United States of America's Motion To Impose Liability On The Alter Egos Of Defendant Justice Energy Company, Inc. (ECF No. 125), without prejudice.  The parties agree that the United States shall have the right to refile this motion should Justice Energy Company, Inc., and Bluestone Resources, Inc., not perform their obligations under this proposed agreement.

4. The installment payments by Bluestone Resources, Inc., pursuant to this proposed agreement, shall not be considered as an admission of liability by Bluestone Resources, Inc., or its directors, shareholders, subsidiary companies, and related companies.  However, Bluestone Resources, Inc., is legally obligated to make the installment payments on behalf of Justice Energy Company, Inc., as set forth in this proposed agreement.

5. After all of the installment payments have been paid and the funds from those installment payments have been received by the United States to the satisfaction of the Court, this civil action shall be dismissed with prejudice, with each party paying its own attorney's fees and costs.

6. The Court shall retain jurisdiction in this civil action over any disputes which may arise regarding the performance of the proposed agreement.

After considering the proposed agreement presented by counsel for the parties, it is hereby ORDERED:

1.	The proposed agreement presented to the Court by counsel for Justice Energy Company, Inc., and counsel for the United States, as set forth above is hereby APPROVED and is embodied in the terms of this Order.

2.	Bluestone Resources, Inc., shall pay the civil contempt sanction of $1,230,000.00 assessed against Justice Energy Company, Inc., in the following installment payments to be paid on or before the following dates:

>	A.	June 17, 2019:  $410,000.00
>
>	B.	September 16, 2019: $410,000.00
>
>	C.	November 15, 2019: $410,000.00

3.	The installment payments shall be paid to the United States by electronic funds transfer ("EFT") in accordance with instructions to be furnished by counsel for the United States to counsel for Justice Energy Company, Inc.

4.	The United States has informed the Court that it has withdrawn Intervenor United States of America's Motion To Impose Liability On The Alter Egos Of Defendant Justice Energy Company, Inc. (ECF No. 125), without prejudice, as part of this agreement.  Since the motion has been withdrawn without prejudice, the Court denies the motion as moot.  However, the United States shall have the right to refile this motion should Justice Energy Company, Inc., and Bluestone Resources, Inc., not perform their obligations under this agreement.

5.	The installment payments by Bluestone Resources, Inc., pursuant to this agreement, shall not be considered as an admission of liability by Bluestone Resources, Inc., or its directors, shareholders, subsidiary companies, and related companies.  However, Bluestone Resources, Inc., is legally obligated to make the installment payments on behalf of Justice

Energy Company, Inc., as set forth in this Order which contains the agreement between the parties.

6. The parties shall inform the Court when all of the installment payments have been paid and the funds from those installment payments have been received by the United States. When that has occurred, counsel for Justice Energy Company, Inc., and counsel for the United States shall tender to the Court for its consideration a proposed order dismissing this civil action with prejudice, with each party paying its own attorney's fees and costs.

7. The Court shall retain jurisdiction in this civil action over any disputes which may arise regarding the performance of the agreement set forth in this Order.

ENTER: This 7th day of June, 2019.

Irene C. Berger
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

PRESENTED AND APPROVED FOR ENTRY BY:


JUSTICE ENERGY COMPANY, INC.,
Defendant,


s/Andrew L. Ellis
Andrew L. Ellis (WV Bar No. 10618)
John F. Hussell, IV (WV Bar No. 6610)
John D. (Jody) Wooton, Jr. (WV Bar No. 10512)
Wooton, Davis, Hussell & Ellis, PLLC
P. O. Box 3971
Charleston, WV 25339
Counsel for Defendant Justice Energy Company, Inc.,
and Bluestone Resources, Inc.


UNITED STATES OF AMERICA,
Intervenor-Plaintiff,

MICHAEL B. STUART
United States Attorney

s/Fred B. Westfall, Jr.
WV State Bar No. 3992
Assistant United States Attorney
Attorney for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov