# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

JAMES RIVER EQUIPMENT VIRGINIA, LLC,

    Plaintiff,

UNITED STATES OF AMERICA,

    Intervenor Plaintiff,

v.                                                                             Civil Action No. 5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

    Defendant.

## STATUS REPORT

The United States reports that all of the installment payments set forth in this Court's Order of June 7, 2019 (ECF No. 128) have been paid, that the United States has received those funds through electronic transfers, and that the civil penalty assessed by the Court against the defendant has now been fully paid and satisfied. The United States now requests that this civil action be dismissed with prejudice, with each party paying its own attorney's fees and costs.

Respectfully submitted,

**UNITED STATES OF AMERICA,**
**Intervenor,**

**MICHAEL B. STUART**
**United States Attorney**

**s/Fred B. Westfall, Jr.**
Fred B. Westfall, Jr. (WV State Bar No. 3992)
Jason S. Bailey
Assistant United States Attorneys
Attorneys for United States
P.O. Box 1713
Charleston, WV  25326
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: fred.westfall@usdoj.gov
*Counsel for Intervenor United States of America*

## CERTIFICATE OF SERVICE

      I, Fred B. Westfall, Jr., Assistant United States Attorney for the Southern District of West Virginia, hereby certify that on December 3, 2019, I electronically filed the foregoing **STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification to the following CM/ECF participants:

      Andrew L. Ellis
      John F. Hussell, IV
      John D. Wooton
      Wooton, Davis, Hussell & Ellis, PLLC
      P. O. Box 3971
      Charleston, WV 25339
      *Counsel for Defendant Justice Energy Company, Inc.*

      **s/Fred B. Westfall, Jr.**
      WV State Bar No. 3992
      Assistant United States Attorney
      P.O. Box 1713, Charleston, WV  25326
      Phone: 304-345-2200
      Fax: 304-347-5443
      E-mail: fred.westfall@usdoj.gov