IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES RIVER EQUIPMENT, VIRGINIA, LLC,

        Plaintiff,

v.                      CIVIL ACTION NO.   5:13-cv-28160

JUSTICE ENERGY COMPANY, INC.,

        Defendant.

**ORDER**

The Court has reviewed the United States' *Status Report* (Document 131), verifying that the Defendant has fully paid the civil contempt penalty assessed by this Court, in accordance with the installment plan approved by the Court on June 7, 2019 (Document 128).  The United States requests that this civil action be dismissed with prejudice, with each party paying its own attorney's fees and costs.

Upon careful consideration, finding that the Defendant has satisfied the civil contempt penalty, the Court **ORDERS** that this matter be **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:       December 3, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA