CQC WNSCCA 20-00014

WVS - OTHER Payments
December 2019 (IPAC# 144A0JNP)
Accomplishment Date: 12/5/2019

## I. - DEBTOR/CASE PAYMENT AND DOJ FEE RETAINED FOR CIVIL PAYMENTS

| DEBTOR NAME | AGENCY FILE NO/ USAO DEBTOR ID | INT COMP DATE CAUSE OF ACTION | DOJ DEPOSIT NUMBER DESCRIPTION | DOLLAR AMOUNT | COLLECTION OFFICE |
|---|---|---|---|---|---|
| Justice Energy Compa | 5:13-cv-28160 2019A46635001 | 2019/11/15 CVNF | CDCS20319 UNKNOWN | $410,000.00 | U.S.ATTORNEY WVS (304) 345-2200 |

GROSS PAYMENT                                                                           $410,000.00

3% FEE                                                                                            .00

Page 1 of 1